## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Bergin v. NYS Unified Court System Docket No.: 22-cv-5264

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael Siudzinski; Office of Court Administration - Counsel's Office

Appearance for (party/designation): NYS Unified Court System - Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:

☑ Correct

☐ Incorrect. See attached caption page with corrections.

**Appellate Designation** is:

☑ Correct

☐ Incorrect. The following parties do not wish to participate in this appeal:

Parties: __________

☐ Incorrect. Please change the following parties' designations:

Party / Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:

☑ Correct

☐ Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:

Firm:

Address:

Telephone: Fax:

Email:

## RELATED CASES

☑ This case has not been before this Court previously.

☐ This case has been before this Court previously. The short title, docket number, and citation are:

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that ☑ I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on Dec. 4, 2023 OR that ☐ I applied for admission on __________ or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: [signature]

Type or Print Name: Michael Siudzinski

OR

Signature of pro se litigant:

Type or Print Name:

☐ I am a pro se litigant who is not an attorney.

☐ I am an incarcerated pro se litigant.