# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Bergin v. NYS Unified Court System | **DISTRICT**<br>Eastern District of NY | **DOCKET NUMBER**<br>22-cv-5264 |
| | **JUDGE**<br>Brian M. Cogan | **APPELLANT**<br>NYS Unified Court System |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Michael Siudzinski |

**Check the applicable provision:**

- ☐ I am ordering a transcript.
- ☑ I am not ordering a transcript.

**Reason for not ordering a transcript:**

- ☐ Copy is already available
- ☑ No transcribed proceedings
- ☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

- ☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- ☐ PREPARE TRANSCRIPT OF TRIAL
- ☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS
- ☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| [signature] | April 9, 2025 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017