Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

**Account Number: 5227124**
**Court: NEW YORK EASTERN DISTRICT COURT**
**Amount: $605.00**
**Tracking Id: ANYEDC-18894925**
**Approval Code: 012207**
**Card Number: ************8252**
**Date/Time: 03/27/2025 11:16:00 ET**

NOTE: This is an automated message. Please do not reply

APPEAL,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22−cv−05264−BMC

Bergin v. New York State Unified Court System
Assigned to: Judge Brian M. Cogan
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/02/2022
Date Terminated: 03/10/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Jessica Bergin** represented by

**Steven M Warshawsky**
Law Firm of Steven M. Warshawsky
118 North Bedford Road
Suite 100
Mount Kisco, NY 10549
914−864−3353
Email: smw@warshawskylawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York State Unified Court System** represented by

**Michael John Siudzinski**
NYS Office of Court Administration
25 Beaver St., 10th Fl
10004
New York, NY 10004
212−428−2150
Fax: 212−428−2155
Email: msiudzin@nycourts.gov
*ATTORNEY TO BE NOTICED*

**Robyn Leigh Rothman**
New York State Unified Court System
Office of Court Administration Counsel's Office
25 Beaver Street
Ste 10th Floor
New York, NY 10004
212−428−2150
Email: rrothman@nycourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2022 | 1 | COMPLAINT against New York State Unified Court System filing fee $ 402, receipt number ANYEDC−15905883 Was the Disclosure Statement on Civil Cover Sheet completed −NO,, filed by Jessica Bergin. (Attachments: # 1 Civil Cover Sheet) (Warshawsky, Steven) (Entered: 09/02/2022) |
| 09/07/2022 | 2 | NOTICE by Jessica Bergin re 1 Complaint, *EEOC Right to Sue Notice (attachment to complaint)* (Warshawsky, Steven) (Entered: 09/07/2022) |
| 09/07/2022 | | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 09/07/2022) |
| 09/07/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge |

| | | |
|---|---|---|
| | | of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 09/07/2022) |
| 09/07/2022 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 09/07/2022) |
| 09/07/2022 | 5 | SCHEDULING ORDER: A telephonic Initial Status Conference is set for 10/21/2022 at 10:30 am. Parties will use the toll−free number 888−684−8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. See attached mandatory requirements for the conference. Ordered by Judge Brian M. Cogan on 9/7/2022. (Weisberg, Peggy) (Entered: 09/07/2022) |
| 09/16/2022 | 6 | NOTICE of Change of business address and telephone number Once the filing has been made, you must login to www.pacer.gov and update your account. (Warshawsky, Steven) (Entered: 09/16/2022) |
| 09/30/2022 | 7 | MOTION to Adjourn Conference *(plaintiff's request to adjourn initial conference, presently scheduled for October 21, 2022, due to lack of contact with attorney for defendant)* by Jessica Bergin. (Warshawsky, Steven) (Entered: 09/30/2022) |
| 09/30/2022 | | ORDER denying 7 Motion to Adjourn Conference with leave to renew after 10/14/2022. This case is going to move a lot faster than plaintiff's counsel seems to think. Interim dates can be shortened between the parties to permit appearance at the Initial Status Conference. Ordered by Judge Brian M. Cogan on 9/30/2022. (Weisberg, Peggy) (Entered: 09/30/2022) |
| 10/14/2022 | 8 | NOTICE of Appearance by Michael John Siudzinski on behalf of New York State Unified Court System (aty to be noticed) (Siudzinski, Michael) (Entered: 10/14/2022) |
| 10/14/2022 | 9 | WAIVER OF SERVICE Returned Executed by Jessica Bergin. New York State Unified Court System waiver sent on 9/7/2022, answer due 11/6/2022. (Warshawsky, Steven) (Entered: 10/14/2022) |
| 10/14/2022 | 10 | Letter *(Joint Letter pursuant to Court's Initial Conference Order)* by Jessica Bergin (Warshawsky, Steven) (Entered: 10/14/2022) |
| 10/19/2022 | 11 | MOTION to Adjourn Conference , MOTION for pre motion conference by New York State Unified Court System. (Siudzinski, Michael) (Entered: 10/19/2022) |
| 10/19/2022 | | ORDER deferring ruling on 11 . The Court will address defendant's proposed motion at the Initial Status Conference. Ordered by Judge Brian M. Cogan on 10/19/2022. (PW) (Entered: 10/19/2022) |
| 10/21/2022 | | Minute Entry and Order for Initial Status Conference held on 10/21/2022 before Judge Brian M. Cogan. Counsel for both sides appeared by telephone. The premotion conference is waived. The Court set the following briefing schedule: defendant shall file its motion to dismiss by 11/4/2022; opposition due 11/18/2022; reply due 11/23/2022. Discovery is stayed pending further order. (PW) (Entered: 10/21/2022) |
| 11/04/2022 | 12 | MOTION to Dismiss for Failure to State a Claim by New York State Unified Court System. (Siudzinski, Michael) (Entered: 11/04/2022) |
| 11/04/2022 | 13 | AFFIDAVIT/DECLARATION in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by New York State Unified Court System. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Siudzinski, Michael) (Entered: 11/04/2022) |
| 11/04/2022 | 14 | MEMORANDUM in Support re 12 MOTION to Dismiss for Failure to State a Claim , 13 Affidavit in Support of Motion, filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/18/2022 | 15 | MEMORANDUM in Opposition re 12 MOTION to Dismiss for Failure to State a Claim filed by Jessica Bergin. (Warshawsky, Steven) (Entered: 11/18/2022) |
| 11/18/2022 | 16 | AFFIDAVIT/DECLARATION in Opposition re 12 MOTION to Dismiss for Failure to State a Claim *(attorney declaration submitting materials in support of Plaintiff's opposition)* filed by Jessica Bergin. (Attachments: # 1 Jessica Bergin revised answers to supplemental questionnaire, # 2 Summary chart showing application timelines for 35 UCS employees, # 3 Amended Verified Petition in state court case where timeline information was obtained, # 4 Responses (objections) to supplemental questionnaire from two other UCS employees) (Warshawsky, Steven) (Entered: 11/18/2022) |
| 11/22/2022 | 17 | NOTICE of Appearance by Robyn Leigh Rothman on behalf of New York State Unified Court System (aty to be noticed) (Rothman, Robyn) (Entered: 11/22/2022) |
| 11/23/2022 | 18 | REPLY in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by New York State Unified Court System. (Rothman, Robyn) (Entered: 11/23/2022) |
| 11/27/2022 | | ORDER denying 12 Motion to Dismiss for Failure to State a Claim. It is not at all clear to the Court which side stopped participating in the interactive process. It is true that instead of answering the questions on the questionnaire, plaintiff objected to each question and explained why she was objecting. That was arguably not an abandonment of the interactive process; for all she knew, defendant might have acknowledged her objection and dispensed with the need for the questionnaire. It is not as if she failed to respond at all; rather, she interacted by sending in the questionnaire with her objections. When defendant then dug in and effectively told her that her objections were not acceptable, plaintiff interacted again shortly thereafter (apparently after consulting with counsel), submitting what appear to be adequate responses to the questionnaire. It was then that defendant refused to interact by declining to even consider her revised submission. Thus, it may well turn out that it was defendant who unreasonably terminated the interactive process.<br><br>Defendant seems to believe that it is sufficient for an employer to say: "We have an interactive process that has prescribed steps. You have to do it precisely as we lay it out or you will be found to not have interacted and you will be given no second chance." But the employer is not immune just by having a process because, by its nature, "the interactive process is usually a 'fact−sensitive and case−by−case inquiry into the good faith and reasonable efforts of the parties in light of the complete set of circumstances.' *Feringa v. Andrews*, No. 19−cv−656, 2021 WL 2036676, at *9 (N.D.N.Y. May 20, 2021), quoting, *Quadir v. N.Y. State Dep't of Labor*, 39 F. Supp. 3d 528, 540 (S.D.N.Y. 2014). Both the employer and the employee must reasonably communicate. *See Sheng v. M&T Bank Corp.*, 848 F.3d 78, 87 n.3 (2d Cir. 2017); *McBride v. BIC Consumer Prod. Mfg. Co.*, 583 F.3d 92, 102 (2d Cir. 2009) (citing *Parker v. Columbia Pictures Industries*, 204 F.3d 326 (2d Cir. 2000)). These cases can rarely be determined solely by the employer's formulaic application of its dispute resolution plan. Ordered by Judge Brian M. Cogan on 11/27/2022. (Cogan, Brian) (Entered: 11/27/2022) |
| 11/27/2022 | | SCHEDULING ORDER: Status Conference is scheduled for 11/30/2022 at 10:30 AM to discuss a discovery schedule. Parties will use the toll−free number 888−684−8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. Ordered by Judge Brian M. Cogan on 11/27/2022. (PW) (Entered: 11/27/2022) |
| 11/30/2022 | | Minute Entry and Order for Status Conference held before Judge Brian M. Cogan on 11/30/2022. Both sides present by telephone. Defendant's answer is due 12/14/2022. Defendant to produce limited discovery by 1/13/2023 regarding UCS employees who sought a religious exemption to UCS' COVID−19 vaccine policy and were asked to complete the "Request for Medical Exemption" form. The next status conference is set for 1/26/2023 at 5:00 pm. Parties will use the toll−free number 888−684−8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 11/30/2022) |
| 12/13/2022 | 19 | ANSWER to 1 Complaint, by New York State Unified Court System. (Siudzinski, Michael) (Entered: 12/13/2022) |
| 01/12/2023 | 20 | Letter *: Submission of Confidentiality Stipulation and Proposed Protective Order to be So−Ordered* by New York State Unified Court System (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order) (Siudzinski, Michael) (Entered: 01/12/2023) |
| 01/24/2023 | | Set/Reset Hearing: Status Conference set for 5:00 pm on 1/26/2023 is reset to 2:15 pm. Parties will use the toll−free number 888−684−8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 01/24/2023) |
| 01/26/2023 | 21 | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER. ( Ordered by Judge Brian M. Cogan on 1/26/2023 ) (RG) (Entered: 01/26/2023) |
| 01/26/2023 | | Minute Entry and Order for Status Conference held on 1/26/2023 before Judge Brian M. Cogan. Counsel for both sides present by telephone. Plaintiff must file documentation regarding comparator employees by 2/2/2023. Next status conference set for 2/16/2023 at 6:30 pm. Parties will use the toll−free number 888−684−8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 01/26/2023) |
| 02/01/2023 | 22 | Letter *to Judge Cogan submitting employee comparator files (redacted for names and unique identifying information)* by Jessica Bergin (Attachments: # 1 Plaintiff's Supplemental Affidavit, # 2 Comparator #1043, # 3 Comparator #1092, # 4 Comparator #1329, # 5 Comparator #1330, # 6 Comparator #1476, # 7 Comparator #1574, # 8 Comparator #1667, # 9 Comparator #1672, # 10 Comparator #1695, # 11 Comparator #1805, # 12 Comparator #2232) (Warshawsky, Steven) (Entered: 02/01/2023) |
| 02/02/2023 | 23 | MOTION to Seal Document 22 Letter,, by New York State Unified Court System. (Siudzinski, Michael) (Entered: 02/02/2023) |
| 02/02/2023 | | ORDER granting 23 Motion to Seal Exhibits 2−12 contained in docket 22 . These filings should have been filed under seal pursuant to the Confidentiality Stipulation and Protective Order 21 . Ordered by Judge Brian M. Cogan on 2/2/2023. (PW) (Entered: 02/02/2023) |
| 02/15/2023 | | **Set/Reset Hearing:** Status Conference set for 6:30 pm on 2/16/2023 is **reset to 3:00 pm.** Parties will use the toll−free number 888−684−8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 02/15/2023) |
| 02/16/2023 | | Minute Entry and Order for Conference held before Judge Brian M. Cogan on 2/16/2023. Both sides present by telephone. The Court set the following discovery schedule: parties to exchange Rule 26(a)(1) disclosures by 2/23/2023; serve written discovery requests by 3/9/2023; produce written discovery by 4/8/2023; complete fact depositions by 6/7/2023, the date fact discovery ends. The last day for filing a letter requesting a pre−motion conference to file dispositive motions shall be 6/14/2023. (PW) (Entered: 02/16/2023) |
| 06/14/2023 | 24 | Letter MOTION for pre motion conference *for leave to move for Summary Judgment* by New York State Unified Court System. (Siudzinski, Michael) (Entered: 06/14/2023) |
| 06/14/2023 | | ORDER GRANTING 24 . By 6/20/23, plaintiff is directed to file a detailed response to this letter focusing, at least, on what evidence she will rely on to prove that defendant had a raise an issue of fact as to defendant's discriminatory intent. The Court will hold the video premotion conference on 6/23/23 at 10:00 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 6/14/2023. (AR) (Entered: 06/14/2023) |
| 06/14/2023 | 25 | Letter *responding to Defendant's premotion letter and proposing cross−motion for summary judgment* by Jessica Bergin (Attachments: # 1 Defendant's verified interrogatory responses) (Warshawsky, Steven) (Entered: 06/14/2023) |
| 06/23/2023 | | Minute Entry and Order for Pre−Motion Conference held on 6/23/2023 before Judge Brian M. Cogan. Counsel for both sides appeared by video conference. Motions for summary judgment due by 7/28/2023; oppositions due by 8/11/2023. Parties are directed to consult this Court's Individual Practice Rules regarding summary judgment motions, except that the Court waives the 56.1 statement requirement. See transcript for details. (Court Reporter: Michele Luchesse). Ordered by Judge Brian M. Cogan on 6/23/2023. (CD) (Entered: 06/23/2023) Modified on 6/27/2023 to correct event as per |

| | | |
|---|---|---|
| | | systems. (RG). (Entered: 06/27/2023) |
| 07/28/2023 | 26 | Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023)* by Jessica Bergin. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Deposition of Justin Barry (excerpts)) (Warshawsky, Steven) (Entered: 07/28/2023) |
| 07/28/2023 | 27 | MOTION for Summary Judgment by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 28 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Summary Judgment filed by New York State Unified Court System. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K) (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 29 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Summary Judgment filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 30 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Summary Judgment filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 31 | MEMORANDUM in Support re 30 Affidavit in Support of Motion, 27 MOTION for Summary Judgment , 29 Affidavit in Support of Motion, 28 Affidavit in Support of Motion, filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 08/11/2023 | 32 | AFFIDAVIT/DECLARATION in Opposition re 26 Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023) and in Further Support of UCS's Motion for Summary Judgment* filed by New York State Unified Court System. (Attachments: # 1 Exhibit L, # 2 Exhibit M, # 3 Exhibit N) (Siudzinski, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 33 | MEMORANDUM in Opposition re 26 Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023) and in Further Support of UCS's Motion for Summary Judgment* filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 34 | MEMORANDUM in Opposition re 27 MOTION for Summary Judgment , MEMORANDUM in Support re 26 Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023)* filed by Jessica Bergin. (Warshawsky, Steven) (Entered: 08/11/2023) |
| 10/04/2024 | 35 | Letter *regarding parties' cross−motions for summary judgment remain pending* by Jessica Bergin (Warshawsky, Steven) (Entered: 10/04/2024) |
| 10/07/2024 | | ORDER re: 35 . The Court appreciates counsel's calling its attention to this matter and will resolve the pending motion at its earliest opportunity. Ordered by Judge Brian M. Cogan on 10/7/2024. (PW) (Entered: 10/07/2024) |
| 10/08/2024 | 36 | MEMORANDUM DECISION AND ORDER dated 10/7/24 that Plaintiff's motion for summary judgment 26 is granted and defendant's motion for summary judgment 27 is denied. By separate order, the Court will set this matter down for trial on the issue of damages. ( Ordered by Judge Brian M. Cogan on 10/7/2024 ) (RG) (Entered: 10/08/2024) |
| 10/08/2024 | | SCHEDULING ORDER: The Court sets a pretrial schedule as follows: (1) the parties are directed to file a Joint Pretrial Order using the form posted on the Court's website by 10/29/2024; (2) the parties are to simultaneously file on the docket exhibits to which objection has been made, and those portions of deposition testimony that a party intends to offer and to which the adversary objects, both as reflected in the Joint Pretrial Order, so that the Court can rule on the objections at the Final Pretrial Conference to the extent practicable. Exhibits that the parties may use solely for the purposes of impeachment or rebuttal should be omitted from the Joint Pretrial Order; (3) a Pretrial Conference will be held by video on 11/5/2024 at 10:30 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 10/8/2024. (PW) (Entered: 10/08/2024) |

| | | |
|---|---|---|
| 10/17/2024 | 37 | Letter *Motion for pre−motion conference for leave to move for certification of appealability and reconisideration* by New York State Unified Court System (Rothman, Robyn) Modified on 10/28/2024 (PW). (Entered: 10/17/2024) |
| 10/18/2024 | 38 | Letter *opposing Defendant's request for premotion conference (Docket No. 37)* by Jessica Bergin (Warshawsky, Steven) (Entered: 10/18/2024) |
| 10/18/2024 | 39 | Joint MOTION for Extension of Time to File *Joint Pretrial Order*, Joint MOTION to Adjourn Conference *scheduled for November 5, 2024* by Jessica Bergin. (Warshawsky, Steven) (Entered: 10/18/2024) |
| 10/18/2024 | | ORDER granting 39 . The parties are directed to file a Joint Pretrial Order by 11/29/2024 consistent with the instructions set forth in the Court's 10/8/2024 Scheduling Order. Final Pretrial Conference is adjourned to 12/6/2024 at 10:30 am. A ZoomGov link will be emailed to counsel of record. Further extensions are not assured. Ordered by Judge Brian M. Cogan on 10/18/2024. (PW) (Entered: 10/18/2024) |
| 10/20/2024 | | SCHEDULING ORDER: The premotion conference is waived. Letter Motion 37 is deemed to constitute defendant's motion for certification of appealability and reconsideration of the Court's Memorandum Decision and Order; 38 is deemed to be plaintiff's opposition. Oral Argument on the motion will be held by video on 10/29/2024 at 10:00 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 10/20/2024. (PW) (Entered: 10/20/2024) |
| 10/29/2024 | | Minute Entry for oral argument on defendant's 37 motion for certification of appealability and reconsideration held before Judge Brian M. Cogan on 10/29/2024. Both sides present by video. The Court heard argument on the motion and reserved decision. See transcript for details. (Court Reporter: Anthony Frisolone.) (PW) (Entered: 10/29/2024) |
| 11/04/2024 | 40 | MEMORANDUM DECISION AND ORDER dated 11/4/24 that defendant's 37 Motion for Certification of Appealability and reconsideration is DENIED. ( Ordered by Judge Brian M. Cogan on 11/4/2024 ) (RG) (Entered: 11/04/2024) |
| 11/22/2024 | 41 | Letter MOTION for Extension of Time to File *Joint Pretrial Order*, Letter MOTION to Adjourn Conference *re: pretrial, on behalf of all parties* by New York State Unified Court System. (Siudzinski, Michael) (Entered: 11/22/2024) |
| 11/22/2024 | | ORDER granting 41 . Joint Pretrial Order due by 1/30/2025; Final Pretrial Conference adjourned to 2/7/2025 at 11:00 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 11/22/2024. (PW) (Entered: 11/22/2024) |
| 01/30/2025 | 42 | Letter *re: Parties' Proposed JPTO* by New York State Unified Court System (Attachments: # 1 Proposed Order Parties' Joint Pre−Trial Order) (Siudzinski, Michael) (Entered: 01/30/2025) |
| 02/07/2025 | | Minute Entry and Order for Pretrial Conference held before Judge Brian M. Cogan on 2/7/2025. Both sides present by video. A video bench trial, subject to the parties' approval, will commence on 3/13/2025 at 10:00 am. See transcript for details. (Court Reporter Rivka Teich.) (PW) (Entered: 02/07/2025) |
| 03/10/2025 | 43 | Letter *with Attached Proposed Judgment to be So−Ordered* by New York State Unified Court System (Attachments: # 1 Proposed Judgment) (Siudzinski, Michael) (Entered: 03/10/2025) |
| 03/10/2025 | 44 | CONSENT JUDGMENT dated 3/10/25 that Plaintiff and Defendant intend that this Consent Judgment together with the Court's October 7, 2024 Decision and Order, which is attached hereto as Exhibit A and incorporated by reference herein, constitute a final order in this Action for purposes of taking an appeal to the United States Court of Appeals, Second Circuit. No further litigation orproceedings shall be taken regarding the issue of damages and attorneys' fees and costs, except attorneys' fees and costs that may arise after execution of this Consent Judgment. ( Ordered by Judge Brian M. Cogan on 3/10/2025 ) (RG) (Entered: 03/10/2025) |
| 03/27/2025 | 45 | NOTICE OF APPEAL as to 36 Order on Motion for Summary Judgment,,, 44 Consent Judgment,, by New York State Unified Court System. Appeal Record due by 4/10/2025. (Siudzinski, Michael) (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/27/2025 | | APPEAL FILING FEE DUE re 45 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 03/27/2025) |
| 03/27/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 45 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 03/27/2025) |
| 03/27/2025 | 46 | USCA Appeal Fees received $ 605 receipt number ANYEDC−18894925 re 45 Notice of Appeal filed by New York State Unified Court System. (VJ) (Entered: 04/11/2025) |
| 04/11/2025 | | Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 45 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/11/2025) |