New York State
Unified Court System
Office of Court Administration • Counsel's Office

**Hon. Joseph A. Zayas**
Chief Administrative Judge

**Hon. Norman St. George**
First Deputy Chief Administrative Judge

**David Nocenti**
Counsel

April 24, 2025

**BY ECF/ACMS**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Bergin v. NYS Unified Court System
EDNY, 22-cv-5264; Case No. 25-721

Dear Ms. Wolfe:

This Office represents Defendant-Appellant New York State Unified Court System ("UCS") in the above-captioned matter. Pursuant to Local Rule 31.2(a)(1)(A) of the United States Court of Appeals for the Second Circuit, we respectfully request a deadline of July 10, 2025 for the filing UCS's opening brief. This date is 91 days after April 10, 2025, the filing date of UCS's Form D indicating that no transcript will be ordered.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
Michael Siudzinski
Assistant Deputy Counsel

cc: All counsel of record, via ECF



25 Beaver Street, New York, NY 10004 • Phone: (212) 428-2150 • Fax: (212) 428-2155