**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand twenty-five,

---

Jessica Bergin,

Plaintiff - Appellee,

v.

New York State Unified Court System,

Defendant - Appellant.

---

**ORDER**
Docket No. 25-721

Counsel for Appellant New York State Unified Court System has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 10, 2025, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 10, 2025. The appeal is dismissed effective July 10, 2025, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court