**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

May 16, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Bergin v. N.Y. State Unified Court System*, No. 25-721

Dear Ms. Wolfe:

The Office of the Attorney General inadvertently is listed as counsel for the defendant-appellant. Attorneys from the State's Office of Court Administration appeared on behalf of the defendant in the district court, and that representation continues in this Court. Accordingly, we respectfully request that you remove this Office as counsel.

Respectfully submitted,
*/s/ Oren L. Zeve*
Oren L. Zeve
Managing Assistant Solicitor General

cc: All counsel

Appeals & Opinions | 28 Liberty Street | New York NY 10005
212-416-8020 | ag.ny.gov