New York State
Unified Court System
Office of Court Administration • Counsel's Office

**Hon. Joseph A. Zayas**
Chief Administrative Judge

**Hon. Norman St. George**
First Deputy Chief Administrative Judge

**David Nocenti**
Counsel

June 19, 2025

**BY ECF/ACMS**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Bergin v. NYS Unified Court System
EDNY, 22-cv-5264; Case No. 25-721

Dear Ms. Wolfe:

This Office represents Defendant-Appellant New York State Unified Court System ("UCS") in the above-captioned matter. Please accept this letter as a motion and supporting declaration for an extension of time to perfect and to submit Appellant's brief-in-chief and supporting papers in this matter. For the reasons described below, I respectfully request such extension from July 10 to July 25, 2025.

By Order, dated April 24, 2025, Appellant's time to perfect the appeal was set for July 10, 2025. Due to a personal medical matter, I will be out of the office starting next week, June 26, returning at the earliest on July 7, 2025. My absence and the press of work in other matters necessitates this request. Counsel for Appellee Jessica Bergin consents to this request.

Thank you for your attention to this matter.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2025.

Respectfully submitted,

/S/
Michael Siudzinski
Assistant Deputy Counsel

cc: All counsel of record, via ECF/ACMS



25 Beaver Street, New York, NY 10004 • Phone: (212) 428-2150 • Fax: (212) 428-2155