**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 22-cv-5264; Case No. 25-

Caption [use short title]: Bergin v. NYS Unified Court System

**Motion for:** Extension of time

Set forth below precise, complete statement of relief sought:

Extension of time for Appellant to perfect the appeal and submit brief-in-chief with supporting papers

**MOVING PARTY:**

**OPPOSING PARTY:** Jessica Bergin

☐ Plaintiff ☑ Defendant

☑ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael J. Siudzinski

**OPPOSING ATTORNEY:** Steven Warshawsky

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Office of Court Administration | Warshawsky Law Firm |
| 25 Beaver St., 10th Fl. | 118 North Bedford Rd., Ste. 100 |
| New York, NY 10004 | Mt. Kisco, NY 10549 |

Court- Judge/ Agency appealed from: EDNY (Cogan, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☑ No

Has this relief been previously sought in this court? ☐ Yes ☑ No

Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**

[signature]

**Date:** July 17, 2025

Service by: ☑ CM/ECF ☐ Other [Attach proof of service]