New York State
Unified Court System

Office of Court Administration • Counsel's Office

**Hon. Joseph A. Zayas**
Chief Administrative Judge

**Hon. Norman St. George**
First Deputy Chief Administrative Judge

**David Nocenti**
Counsel

July 17, 2025

**BY ECF/ACMS**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Bergin v. NYS Unified Court System
EDNY, 22-cv-5264; Case No. 25-721

Dear Ms. Wolfe:

This Office represents Defendant-Appellant New York State Unified Court System ("UCS") in the above-captioned matter. Please accept this letter as a motion and supporting declaration for an extension of time to perfect and to submit Appellant's brief-in-chief and supporting papers in this matter. For the reasons described below, I respectfully request such extension from July 25 to August 25, 2025.

By Order, dated April 24, 2025, Appellant's time to perfect the appeal was set for July 10, 2025, and extended by Order of the Court upon a motion until July 25. As stated in the prior motion for an extension, I was previously out of the office for a medical matter. I have returned to the office, but my prior and upcoming absences, and the press of work in other matters, necessitates this request. I am now scheduled to be in Syracuse the week of July 28 for a trial in the Northern District of New York, followed by a previously scheduled vacation the following week of August 4. The week of August 18, I am scheduled to be in Buffalo, NY, for an administrative hearing.

Counsel for Appellee Jessica Bergin takes no position per LR 27.1.

Thank you for your attention to this matter.



25 Beaver Street, New York, NY 10004 • Phone: (212) 428-2150 • Fax: (212) 428-2155

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2025.

Respectfully submitted,

/S/
Michael Siudzinski
Assistant Deputy Counsel

cc: All counsel of record, via ECF/ACMS