# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-five.

Before: José A. Cabranes,
*Circuit Judge.*

---

Jessica Bergin,

Plaintiff - Appellee,

v.

New York State Unified Court System,

Defendant - Appellant.

---

**ORDER**

Docket No. 25-721

Appellant moves for a 30-day extension, until August 25, 2025, to file the opening brief.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

