# 25-721

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---

JESSICA BERGIN,

*Plaintiff-Appellee*

v.

New York State Unified Court System

*Defendant-Appellant.*

---

**On Appeal from the Decision and Order of the United States District Court for the Eastern District of New York**

---

## JOINT APPENDIX

**Vol. I**

---

Michael J. Siudzinski
*Attorney for Defendant-Appellant*
Office of Court Administration
25 Beaver Street, 10th Floor
New York, New York 10004
(212) 428-2150
msiudzin@nycourts.gov

Steven M. Warshawsky
*Attorney for Plaintiff-Appellant*
The Warshawsky Law Firm
118 North Bedford Road, St. 100
Mount Kisco, New York 10459
(914) 864-3353
smw@warshawskylawfirm.com

# Table of Contents


Eastern District of New York Docket for
Case #: 1:22-cv-05264-BM — JA – 1

Complaint, filed September 2, 2022 (Document 1) — JA – 9

Declaration of Michael S. Siudzinski, filed November 4, 2022 (Document 13) — JA – 21

Exhibit A - UCS' COVID-19 Vaccination Policy Memorandum, dated September 10, 2021 (Document 13-1) — JA – 23

Exhibit B - Plaintiff's September 26, 2021, request (Document 13-2) — JA – 50

Exhibit C - UCS' November 8, 2021, Letter to Plaintiff (Document 13-3) — JA – 58

Exhibit D - Plaintiff's November 26, 2021, response (Document 13-4) — JA – 66

Exhibit E - UCS' December 29, 2021, letter to plaintiff (Document 13-5) — JA – 73

Declaration of Steven M. Warshawky, filed November 18, 2022 (Document 16) — JA – 74

Exhibit 1 - The Second Set of Answers (Document 16-1) — JA – 76

Exhibit 2 - Chart (Document 16-2) — JA – 83

Exhibit 3 - The Amended Verified petition filed in N. Ventresca-Cohen et al v. J. M. DiFiore (Document 16-3) — JA – 86

Exhibit 4 - Two Supplemental Questionnaire Responses (Document 16-4) JA – 139

Order denying Motion to Dismiss, filed November 27, 2022 JA – 151

Defendant's Answer, filed December 13, 2022 (Document 19) JA – 153

Defendant's Response to the First Set of Interrogatories (Document 25-1) JA – 163

Plaintiff's Exhibit A, filed July 28, 2023 (Document 26-2) JA – 172

Declaration of Michael S. Siudzinski, filed July 28, 2023 (Document 28) JA – 193

Exhibit F - The Supreme Court, Rockland County's Order in the matter of Ferelli v. State of New York (Document 28-1) JA – 195

Exhibit G - The Supreme Court, Steuben County's Order in the matter of Brignall v. Unified Court System (Document 28-2) JA – 217

Exhibit H - The New York State Unemployment Insurance Appeal Board's Decision of the Board in the matter of Donna Cichon (Document 28-3) JA – 240

Exhibit I - The New York State Unemployment Insurance Appeal Board's Decision of the Board in the matter of Marie Zweig (Document 28-4) JA – 243

Exhibit J - Mindy Jeng's email sent to plaintiff's supervisors (Document 28-5) JA – 245

Exhibit K - An Excerpt (pages 77-80) from the transcript of J. Barry's Deposition (Document 28-6) JA – 246

Affidavit of Justin Barry, filed July 28, 2023 (Document 29) JA – 247

Declaration of Mindy Jeng, filed July 28, 2023 (Document 30) JA – 274

Supplemental Declaration of Michael S. Siudzinski, filed August 11, 2023 (Document 32) JA – 282

Exhibit L - Two emails sent by plaintiff to "nyscourtemployees.nomandate@gmail.com" (Document 32-1) JA – 284

Exhibit M - Email sent by plaintiff to UCS Director of Human Resources, Carolyn Grimaldi (Document 32-2) JA – 286

Memorandum Decision and Order, filed October 8, 2024 (Document 36) JA – 310

Memorandum Decision and Order, filed November 4, 2024 (Document 40) JA – 318

Consent Judgment and Order, filed March 10, 2025 (Document 44) JA – 327

Notice of Appeal, filed March 27, 2025 (Document 45) JA – 346

Query Reports Utilities Help Log Out

APPEAL,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22-cv-05264-BMC

Bergin v. New York State Unified Court System
Assigned to: Judge Brian M. Cogan
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/02/2022
Date Terminated: 03/10/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Jessica Bergin** represented by **Steven M Warshawsky**
Law Firm of Steven M. Warshawsky
118 North Bedford Road
Suite 100
Mount Kisco, NY 10549
914-864-3353
Email: smw@warshawskylawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York State Unified Court System** represented by **Michael John Siudzinski**
NYS Office of Court Administration
25 Beaver St., 10th Fl
10004
New York, NY 10004
212-428-2150
Fax: 212-428-2155
Email: msiudzin@nycourts.gov
*ATTORNEY TO BE NOTICED*

**Robyn Leigh Rothman**
New York State Unified Court System
Office of Court Administration Counsel's Office
25 Beaver Street
Ste 10th Floor
New York, NY 10004
212-428-2150
Email: rrothman@nycourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/02/2022 | 1 | COMPLAINT against New York State Unified Court System filing fee $ 402, receipt number ANYEDC-15905883 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Jessica Bergin. (Attachments: # 1 Civil Cover Sheet) (Warshawsky, Steven) (Entered: 09/02/2022) |
| 09/07/2022 | 2 | NOTICE by Jessica Bergin re 1 Complaint, *EEOC Right to Sue Notice (attachment to complaint)* (Warshawsky, Steven) (Entered: 09/07/2022) |
| 09/07/2022 | | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 09/07/2022) |
| 09/07/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that ***if*** all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 09/07/2022) |
| 09/07/2022 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 09/07/2022) |
| 09/07/2022 | 5 | SCHEDULING ORDER: A telephonic Initial Status Conference is set for 10/21/2022 at 10:30 am. Parties will use the toll-free number 888-684-8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. See attached mandatory requirements for the conference. Ordered by Judge Brian M. Cogan on 9/7/2022. (Weisberg, Peggy) (Entered: 09/07/2022) |
| 09/16/2022 | 6 | NOTICE of Change of business address and telephone number Once the filing has been made, you must login to www.pacer.gov and update your account. (Warshawsky, Steven) (Entered: 09/16/2022) |
| 09/30/2022 | 7 | MOTION to Adjourn Conference *(plaintiff's request to adjourn initial conference, presently scheduled for October 21, 2022, due to lack of contact with attorney for defendant)* by Jessica Bergin. (Warshawsky, Steven) (Entered: 09/30/2022) |
| 09/30/2022 | | ORDER denying 7 Motion to Adjourn Conference with leave to renew after 10/14/2022. This case is going to move a lot faster than plaintiff's counsel seems to think. Interim dates can be shortened between the parties to permit appearance at the Initial Status Conference. Ordered by Judge Brian M. Cogan on 9/30/2022. (Weisberg, Peggy) (Entered: 09/30/2022) |
| 10/14/2022 | 8 | NOTICE of Appearance by Michael John Siudzinski on behalf of New York State Unified Court System (aty to be noticed) (Siudzinski, Michael) (Entered: 10/14/2022) |
| 10/14/2022 | 9 | WAIVER OF SERVICE Returned Executed by Jessica Bergin. New York State Unified Court System waiver sent on 9/7/2022, answer due 11/6/2022. (Warshawsky, Steven) (Entered: 10/14/2022) |
| 10/14/2022 | 10 | Letter *(Joint Letter pursuant to Court's Initial Conference Order)* by Jessica Bergin (Warshawsky, Steven) (Entered: 10/14/2022) |
| 10/19/2022 | 11 | MOTION to Adjourn Conference , MOTION for pre motion conference by New York State Unified Court System. (Siudzinski, Michael) (Entered: 10/19/2022) |

| | | |
|---|---|---|
| 10/19/2022 | | ORDER deferring ruling on 11 . The Court will address defendant's proposed motion at the Initial Status Conference. Ordered by Judge Brian M. Cogan on 10/19/2022. (PW) (Entered: 10/19/2022) |
| 10/21/2022 | | Minute Entry and Order for Initial Status Conference held on 10/21/2022 before Judge Brian M. Cogan. Counsel for both sides appeared by telephone. The premotion conference is waived. The Court set the following briefing schedule: defendant shall file its motion to dismiss by 11/4/2022; opposition due 11/18/2022; reply due 11/23/2022. Discovery is stayed pending further order. (PW) (Entered: 10/21/2022) |
| 11/04/2022 | 12 | MOTION to Dismiss for Failure to State a Claim by New York State Unified Court System. (Siudzinski, Michael) (Entered: 11/04/2022) |
| 11/04/2022 | 13 | AFFIDAVIT/DECLARATION in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by New York State Unified Court System. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Siudzinski, Michael) (Entered: 11/04/2022) |
| 11/04/2022 | 14 | MEMORANDUM in Support re 12 MOTION to Dismiss for Failure to State a Claim , 13 Affidavit in Support of Motion, filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 11/04/2022) |
| 11/18/2022 | 15 | MEMORANDUM in Opposition re 12 MOTION to Dismiss for Failure to State a Claim filed by Jessica Bergin. (Warshawsky, Steven) (Entered: 11/18/2022) |
| 11/18/2022 | 16 | AFFIDAVIT/DECLARATION in Opposition re 12 MOTION to Dismiss for Failure to State a Claim *(attorney declaration submitting materials in support of Plaintiff's opposition)* filed by Jessica Bergin. (Attachments: # 1 Jessica Bergin revised answers to supplemental questionnaire, # 2 Summary chart showing application timelines for 35 UCS employees, # 3 Amended Verified Petition in state court case where timeline information was obtained, # 4 Responses (objections) to supplemental questionnaire from two other UCS employees) (Warshawsky, Steven) (Entered: 11/18/2022) |
| 11/22/2022 | 17 | NOTICE of Appearance by Robyn Leigh Rothman on behalf of New York State Unified Court System (aty to be noticed) (Rothman, Robyn) (Entered: 11/22/2022) |
| 11/23/2022 | 18 | REPLY in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by New York State Unified Court System. (Rothman, Robyn) (Entered: 11/23/2022) |
| 11/27/2022 | | ORDER denying 12 Motion to Dismiss for Failure to State a Claim. It is not at all clear to the Court which side stopped participating in the interactive process. It is true that instead of answering the questions on the questionnaire, plaintiff objected to each question and explained why she was objecting. That was arguably not an abandonment of the interactive process; for all she knew, defendant might have acknowledged her objection and dispensed with the need for the questionnaire. It is not as if she failed to respond at all; rather, she interacted by sending in the questionnaire with her objections. When defendant then dug in and effectively told her that her objections were not acceptable, plaintiff interacted again shortly thereafter (apparently after consulting with counsel), submitting what appear to be adequate responses to the questionnaire. It was then that defendant refused to interact by declining to even consider her revised submission. Thus, it may well turn out that it was defendant who unreasonably terminated the interactive process.<br><br>Defendant seems to believe that it is sufficient for an employer to say: "We have an interactive process that has prescribed steps. You have to do it precisely as we lay it out or you will be found to not have interacted and you will be given no second chance." But the employer is not immune just by having a process because, by its nature, "the interactive process is usually a 'fact-sensitive and case-by-case inquiry into the good faith and |

| | | |
|---|---|---|
| | | reasonable efforts of the parties in light of the complete set of circumstances.' *Feringa v. Andrews*, No. 19-cv-656, 2021 WL 2036676, at *9 (N.D.N.Y. May 20, 2021), quoting, *Quadir v. N.Y. State Dep't of Labor*, 39 F. Supp. 3d 528, 540 (S.D.N.Y. 2014). Both the employer and the employee must reasonably communicate. *See Sheng v. M&T Bank Corp.*, 848 F.3d 78, 87 n.3 (2d Cir. 2017); *McBride v. BIC Consumer Prod. Mfg. Co.*, 583 F.3d 92, 102 (2d Cir. 2009) (citing *Parker v. Columbia Pictures Industries*, 204 F.3d 326 (2d Cir. 2000)). These cases can rarely be determined solely by the employer's formulaic application of its dispute resolution plan. Ordered by Judge Brian M. Cogan on 11/27/2022. (Cogan, Brian) (Entered: 11/27/2022) |
| 11/27/2022 | | SCHEDULING ORDER: Status Conference is scheduled for 11/30/2022 at 10:30 AM to discuss a discovery schedule. Parties will use the toll-free number 888-684-8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. Ordered by Judge Brian M. Cogan on 11/27/2022. (PW) (Entered: 11/27/2022) |
| 11/30/2022 | | Minute Entry and Order for Status Conference held before Judge Brian M. Cogan on 11/30/2022. Both sides present by telephone. Defendant's answer is due 12/14/2022. Defendant to produce limited discovery by 1/13/2023 regarding UCS employees who sought a religious exemption to UCS' COVID-19 vaccine policy and were asked to complete the "Request for Medical Exemption" form. The next status conference is set for 1/26/2023 at 5:00 pm. Parties will use the toll-free number 888-684-8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 11/30/2022) |
| 12/13/2022 | 19 | ANSWER to 1 Complaint, by New York State Unified Court System. (Siudzinski, Michael) (Entered: 12/13/2022) |
| 01/12/2023 | 20 | Letter *: Submission of Confidentiality Stipulation and Proposed Protective Order to be So-Ordered* by New York State Unified Court System (Attachments: # 1 Proposed Order) (Siudzinski, Michael) (Entered: 01/12/2023) |
| 01/24/2023 | | Set/Reset Hearing: Status Conference set for 5:00 pm on 1/26/2023 is reset to 2:15 pm. Parties will use the toll-free number 888-684-8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 01/24/2023) |
| 01/26/2023 | 21 | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER. ( Ordered by Judge Brian M. Cogan on 1/26/2023 ) (RG) (Entered: 01/26/2023) |
| 01/26/2023 | | Minute Entry and Order for Status Conference held on 1/26/2023 before Judge Brian M. Cogan. Counsel for both sides present by telephone. Plaintiff must file documentation regarding comparator employees by 2/2/2023. Next status conference set for 2/16/2023 at 6:30 pm. Parties will use the toll-free number 888-684-8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 01/26/2023) |
| 02/01/2023 | 22 | Letter *to Judge Cogan submitting employee comparator files (redacted for names and unique identifying information)* by Jessica Bergin (Attachments: # 1 Plaintiff's Supplemental Affidavit, # 2 Comparator #1043, # 3 Comparator #1092, # 4 Comparator #1329, # 5 Comparator #1330, # 6 Comparator #1476, # 7 Comparator #1574, # 8 Comparator #1667, # 9 Comparator #1672, # 10 Comparator #1695, # 11 Comparator #1805, # 12 Comparator #2232) (Warshawsky, Steven) (Entered: 02/01/2023) |
| 02/02/2023 | 23 | MOTION to Seal Document 22 Letter,, by New York State Unified Court System. (Siudzinski, Michael) (Entered: 02/02/2023) |

| | | |
|---|---|---|
| 02/02/2023 | | ORDER granting 23 Motion to Seal Exhibits 2-12 contained in docket 22 . These filings should have been filed under seal pursuant to the Confidentiality Stipulation and Protective Order 21 . Ordered by Judge Brian M. Cogan on 2/2/2023. (PW) (Entered: 02/02/2023) |
| 02/15/2023 | | **Set/Reset Hearing:** Status Conference set for 6:30 pm on 2/16/2023 is **reset to 3:00 pm.** Parties will use the toll-free number 888-684-8852 followed by access code 6427877#. When the conference begins parties will be prompted to input the security code 5264#. (PW) (Entered: 02/15/2023) |
| 02/16/2023 | | Minute Entry and Order for Conference held before Judge Brian M. Cogan on 2/16/2023. Both sides present by telephone. The Court set the following discovery schedule: parties to exchange Rule 26(a)(1) disclosures by 2/23/2023; serve written discovery requests by 3/9/2023; produce written discovery by 4/8/2023; complete fact depositions by 6/7/2023, the date fact discovery ends. The last day for filing a letter requesting a pre-motion conference to file dispositive motions shall be 6/14/2023. (PW) (Entered: 02/16/2023) |
| 06/14/2023 | 24 | Letter MOTION for pre motion conference *for leave to move for Summary Judgment* by New York State Unified Court System. (Siudzinski, Michael) (Entered: 06/14/2023) |
| 06/14/2023 | | ORDER GRANTING 24 . By 6/20/23, plaintiff is directed to file a detailed response to this letter focusing, at least, on what evidence she will rely on to prove that defendant had a raise an issue of fact as to defendant's discriminatory intent. The Court will hold the video premotion conference on 6/23/23 at 10:00 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 6/14/2023. (AR) (Entered: 06/14/2023) |
| 06/14/2023 | 25 | Letter *responding to Defendant's premotion letter and proposing cross-motion for summary judgment* by Jessica Bergin (Attachments: # 1 Defendant's verified interrogatory responses) (Warshawsky, Steven) (Entered: 06/14/2023) |
| 06/23/2023 | | Minute Entry and Order for Pre-Motion Conference held on 6/23/2023 before Judge Brian M. Cogan. Counsel for both sides appeared by video conference. Motions for summary judgment due by 7/28/2023; oppositions due by 8/11/2023. Parties are directed to consult this Court's Individual Practice Rules regarding summary judgment motions, except that the Court waives the 56.1 statement requirement. See transcript for details. (Court Reporter: Michele Luchesse). Ordered by Judge Brian M. Cogan on 6/23/2023. (CD) (Entered: 06/23/2023) Modified on 6/27/2023 to correct event as per systems. (RG). (Entered: 06/27/2023) |
| 07/28/2023 | 26 | Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023)* by Jessica Bergin. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Deposition of Justin Barry (excerpts)) (Warshawsky, Steven) (Entered: 07/28/2023) |
| 07/28/2023 | 27 | MOTION for Summary Judgment by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 28 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Summary Judgment filed by New York State Unified Court System. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K) (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 29 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Summary Judgment filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 30 | AFFIDAVIT/DECLARATION in Support re 27 MOTION for Summary Judgment filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 31 | MEMORANDUM in Support re 30 Affidavit in Support of Motion, 27 MOTION for Summary Judgment , 29 Affidavit in Support of Motion, 28 Affidavit in Support of |

| | | |
|---|---|---|
| | | Motion, filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 07/28/2023) |
| 08/11/2023 | 32 | AFFIDAVIT/DECLARATION in Opposition re 26 Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023) and in Further Support of UCS's Motion for Summary Judgment* filed by New York State Unified Court System. (Attachments: # 1 Exhibit L, # 2 Exhibit M, # 3 Exhibit N) (Siudzinski, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 33 | MEMORANDUM in Opposition re 26 Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023) and in Further Support of UCS's Motion for Summary Judgment* filed by New York State Unified Court System. (Siudzinski, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 34 | MEMORANDUM in Opposition re 27 MOTION for Summary Judgment , MEMORANDUM in Support re 26 Notice of MOTION for Summary Judgment *(Defendant's opposition papers due August 11, 2023)* filed by Jessica Bergin. (Warshawsky, Steven) (Entered: 08/11/2023) |
| 10/04/2024 | 35 | Letter *regarding parties' cross-motions for summary judgment remain pending* by Jessica Bergin (Warshawsky, Steven) (Entered: 10/04/2024) |
| 10/07/2024 | | ORDER re: 35 . The Court appreciates counsel's calling its attention to this matter and will resolve the pending motion at its earliest opportunity. Ordered by Judge Brian M. Cogan on 10/7/2024. (PW) (Entered: 10/07/2024) |
| 10/08/2024 | 36 | MEMORANDUM DECISION AND ORDER dated 10/7/24 that Plaintiff's motion for summary judgment 26 is granted and defendant's motion for summary judgment 27 is denied. By separate order, the Court will set this matter down for trial on the issue of damages. ( Ordered by Judge Brian M. Cogan on 10/7/2024 ) (RG) (Entered: 10/08/2024) |
| 10/08/2024 | | SCHEDULING ORDER: The Court sets a pretrial schedule as follows: (1) the parties are directed to file a Joint Pretrial Order using the form posted on the Court's website by 10/29/2024; (2) the parties are to simultaneously file on the docket exhibits to which objection has been made, and those portions of deposition testimony that a party intends to offer and to which the adversary objects, both as reflected in the Joint Pretrial Order, so that the Court can rule on the objections at the Final Pretrial Conference to the extent practicable. Exhibits that the parties may use solely for the purposes of impeachment or rebuttal should be omitted from the Joint Pretrial Order; (3) a Pretrial Conference will be held by video on 11/5/2024 at 10:30 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 10/8/2024. (PW) (Entered: 10/08/2024) |
| 10/17/2024 | 37 | Letter *Motion for pre-motion conference for leave to move for certification of appealability and reconisideration* by New York State Unified Court System (Rothman, Robyn) Modified on 10/28/2024 (PW). (Entered: 10/17/2024) |
| 10/18/2024 | 38 | Letter *opposing Defendant's request for premotion conference (Docket No. 37)* by Jessica Bergin (Warshawsky, Steven) (Entered: 10/18/2024) |
| 10/18/2024 | 39 | Joint MOTION for Extension of Time to File *Joint Pretrial Order*, Joint MOTION to Adjourn Conference *scheduled for November 5, 2024* by Jessica Bergin. (Warshawsky, Steven) (Entered: 10/18/2024) |
| 10/18/2024 | | ORDER granting 39 . The parties are directed to file a Joint Pretrial Order by 11/29/2024 consistent with the instructions set forth in the Court's 10/8/2024 Scheduling Order. Final Pretrial Conference is adjourned to 12/6/2024 at 10:30 am. A ZoomGov link will be emailed to counsel of record. Further extensions are not assured. Ordered by Judge Brian M. Cogan on 10/18/2024. (PW) (Entered: 10/18/2024) |

| | | |
|---|---|---|
| 10/20/2024 | | SCHEDULING ORDER: The premotion conference is waived. Letter Motion 37 is deemed to constitute defendant's motion for certification of appealability and reconsideration of the Court's Memorandum Decision and Order; 38 is deemed to be plaintiff's opposition. Oral Argument on the motion will be held by video on 10/29/2024 at 10:00 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 10/20/2024. (PW) (Entered: 10/20/2024) |
| 10/29/2024 | | Minute Entry for oral argument on defendant's 37 motion for certification of appealability and reconsideration held before Judge Brian M. Cogan on 10/29/2024. Both sides present by video. The Court heard argument on the motion and reserved decision. See transcript for details. (Court Reporter: Anthony Frisolone.) (PW) (Entered: 10/29/2024) |
| 11/04/2024 | 40 | MEMORANDUM DECISION AND ORDER dated 11/4/24 that defendant's 37 Motion for Certification of Appealability and reconsideration is DENIED. ( Ordered by Judge Brian M. Cogan on 11/4/2024 ) (RG) (Entered: 11/04/2024) |
| 11/22/2024 | 41 | Letter MOTION for Extension of Time to File *Joint Pretrial Order*, Letter MOTION to Adjourn Conference *re: pretrial, on behalf of all parties* by New York State Unified Court System. (Siudzinski, Michael) (Entered: 11/22/2024) |
| 11/22/2024 | | ORDER granting 41 . Joint Pretrial Order due by 1/30/2025; Final Pretrial Conference adjourned to 2/7/2025 at 11:00 am. A ZoomGov link will be emailed to counsel of record. Ordered by Judge Brian M. Cogan on 11/22/2024. (PW) (Entered: 11/22/2024) |
| 01/30/2025 | 42 | Letter *re: Parties' Proposed JPTO* by New York State Unified Court System (Attachments: # 1 Proposed Order Parties' Joint Pre-Trial Order) (Siudzinski, Michael) (Entered: 01/30/2025) |
| 02/07/2025 | | Minute Entry and Order for Pretrial Conference held before Judge Brian M. Cogan on 2/7/2025. Both sides present by video. A video bench trial, subject to the parties' approval, will commence on 3/13/2025 at 10:00 am. See transcript for details. (Court Reporter Rivka Teich.) (PW) (Entered: 02/07/2025) |
| 03/10/2025 | 43 | Letter *with Attached Proposed Judgment to be So-Ordered* by New York State Unified Court System (Attachments: # 1 Proposed Judgment) (Siudzinski, Michael) (Entered: 03/10/2025) |
| 03/10/2025 | 44 | CONSENT JUDGMENT dated 3/10/25 that Plaintiff and Defendant intend that this Consent Judgment together with the Court's October 7, 2024 Decision and Order, which is attached hereto as Exhibit A and incorporated by reference herein, constitute a final order in this Action for purposes of taking an appeal to the United States Court of Appeals, Second Circuit. No further litigation orproceedings shall be taken regarding the issue of damages and attorneys' fees and costs, except attorneys' fees and costs that may arise after execution of this Consent Judgment. ( Ordered by Judge Brian M. Cogan on 3/10/2025 ) (RG) (Entered: 03/10/2025) |
| 03/27/2025 | 45 | NOTICE OF APPEAL as to 36 Order on Motion for Summary Judgment,,, 44 Consent Judgment,, by New York State Unified Court System. Appeal Record due by 4/10/2025. (Siudzinski, Michael) (Entered: 03/27/2025) |
| 03/27/2025 | | APPEAL FILING FEE DUE re 45 Notice of Appeal Payment in the amount of $605.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (VJ) (Entered: 03/27/2025) |
| 03/27/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 45 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/27/2025 | 46 | USCA Appeal Fees received $ 605 receipt number ANYEDC-18894925 re 45 Notice of Appeal filed by New York State Unified Court System. (VJ) (Entered: 04/11/2025) |
| 04/11/2025 | | Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 45 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/11/2025) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2025 14:17:00 | | | |
| **PACER Login:** | NY002022 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-05264-BMC |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JESSICA BERGIN,

Plaintiff,

v.

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendant.

**Case No. 22-CV-5264**

**COMPLAINT**

**ECF CASE**

COMES NOW PLAINTIFF Jessica Bergin, by her undersigned attorneys, for her complaint against Defendant New York State Unified Court System, and alleging as follows:

## NATURE OF THE ACTION

1. This is an action for religious discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, on the grounds that Defendant failed to reasonably accommodate Plaintiff's sincerely held religious objections to a mandatory COVID-19 vaccination policy, wrongly denied her requested religious exemption, and as a result illegally terminated her employment. This is not an action challenging the legality of the policy itself. By this action, Plaintiff seeks all legal and equitable relief available, including back pay, front pay/reinstatement, out of pocket costs, compensatory damages, attorney's fees and costs, and appropriate injunctive relief. Plaintiff demands trial by jury.

## PARTIES

2. Plaintiff **Jessica Bergin** is an adult resident of Staten Island, New York. At all relevant times, Bergin was an "employee" of Defendant within the meaning of Title VII.

3. Defendant **New York State Unified Court System (UCS)** is the judicial branch of the government of the State of New York. At all relevant times, UCS had more than 500 employees. At all relevant times, UCS was Plaintiff's "employer" within the meaning of Title VII.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 42 U.S.C. § 2000e-5(f)(3) (Title VII).

5. This Court has venue over this action pursuant to 28 U.S.C. §§ 1391(b)(1) and (b)(2) and 42 U.S.C. § 2000e-5(f)(3) (Title VII), because Defendant resides in this judicial district and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## ADMINISTRATIVE EXHAUSTION

6. Plaintiff properly exhausted her administrative remedies under Title VII prior to filing this action.

7. On January 28, 2022, within 180 days of the alleged discriminatory acts, Bergin filed a charge of discrimination against UCS with the U.S. Equal Employment Opportunity Commission. The charge was assigned charge number 520-2022-03318.

8. On June 21, 2022, the U.S. Department of Justice (to which agency the charge was assigned because it involved a government respondent) issued a Notice of Right to Sue, a copy of which is attached hereto as Exhibit A.

9. This action was filed within 90 days of Bergin's receipt of the Notice of Right to Sue.

## ALLEGATIONS

10. Bergin was employed by UCS from July 14, 2016, until her termination on April 7, 2022.

11. Bergin was deemed unfit for service and not allowed to report to work beginning January 10, 2022.

12. Bergin was a full-time Court Officer, most recently assigned to the Richmond Criminal Court, 26 Central Avenue, Staten Island, New York, 10301.

13. At all relevant times, Bergin was qualified for her position and performed her duties in a satisfactory manner.

14. On September 10, 2021, employees were notified by official memorandum that "the Unified Court System will require all judges and non-judicial personnel to be vaccinated by September 27, 2021, unless otherwise approved for an exemption due to medical reasons or sincerely held religious beliefs."

15. In a section with the heading Exemptions, the memorandum stated, in relevant part, that "[e]exemptions to the mandatory vaccination requirement will be considered for . . . employees with sincerely held religious beliefs and practices that prohibit them from receiving a COVID-19 vaccine." The memorandum further stated that "[a]pplications for religious exemption must contain the employee's

written, signed and notarized statement detailing the religious basis for his/her objection to COVID-19 vaccination and the religious principle(s) that guide the objections to COVID-19 vaccination."

16. The memorandum set September 27, 2021, as the deadline for submitting a request for an exemption, using the prescribed form, which was to be uploaded through the employee portal.

17. The memorandum stated that "[e]mployees who timely file a request for exemption will be subject to the Mandatory Testing Program while their request is being reviewed. Those employees who are granted a medical or religious exemption to vaccination will be subject to the Mandatory Testing Program during the specified exemption period."

18. The Mandatory Testing Program had been implemented starting September 7, 2021, and only applied to non-vaccinated personnel. The testing was done on a weekly basis.

19. Because Bergin has not taken the COVID-19 vaccine, she participated in the weekly COVID-19 testing, which was always negative.

20. Bergin is a baptized Christian.

21. On September 26, 2021, Bergin submitted a request for a religious exemption to the UCS COVID-19 vaccination policy, using the prescribed forms and following the prescribed procedure.

22. Bergin's three-page personal statement explained that "I am sincerely devoted to God, His Word and the Holy Trinity"; that "I have been a practicing, devoted servant of Christ my entire life"; "I have a right of conscience to choose what enters my body"; that being forced to take the COVID-19 vaccine "disobeys my religious faith"; that "I try to live each day as pure as possible and most of my

consumption is organic or from the earth"; that "I strongly believe in the sanctity of human life" and "cannot, with a clear conscience, take these vaccines as it has been confirmed that they have been developed using ingredients and methods, which unequivocally violate my ethics"; and that "after extensive prayer, and moral and spiritual counseling, my family and I have decided not to put anything into our bodies against our sincere beliefs."

23. Bergin supported her personal statement with an extensive list of scriptural citations and a personalized, signed letter from her pastor. The letter stated that "the following teaching of International Christian Center demonstrates the principled religious basis on which Jessica Bergin holds a conscientious religious objection to the current Covid-19 vaccines" and specifically noted that "International Christian Center supports its religious belief [that] receiving a vaccine that uses aborted fetal cell lines in the development or testing of the vaccine violates their sincerely held religious beliefs regarding the sanctity and protection of pre-born children."

24. On November 8, 2021, the "UCS Vaccination Exemption Committee" sent Bergin a form letter and questionnaire requesting "more information before it can make a final determination," including about various other medications and vaccines that were allegedly developed using fetal cell lines that Bergin may have taken in the past.

25. Bergin submitted her answers to the questionnaire, in the form of another personal statement, on or about November 16, 2021. In her response, Bergin emphasized that "God created me in His image and made me a vessel of the Holy Spirit. I cannot take this vaccine as it conflicts with my sincerely held religious beliefs. Upon praying to Jesus, I was directed to His truth and divine wisdom and I

would like to exercise my religious freedoms." Bergin declined to answer the questions about her prior use of other medications and vaccines on the grounds that "[m]y family and I strive to keep our individual medical information private." She emphasized that "I do not believe I pose a direct threat as I can and will continue to abide by reasonable accommodations" and that "I do not believe my notification of sincere religious beliefs proposes a significant undue hardship." She closed by reiterating "[p]olitely, I will never stray from my sincere beliefs because it has been prayed upon between myself and my God."

26. UCS never engaged in a good faith interactive process with Bergin to determine whether or not her religious exemption should be granted.

27. Upon information and belief, the follow-up questions UCS posed to Bergin were asked of every UCS employee who applied for a religious exemption, regardless of the nature of the employee's particular religious belief or objection, and were designed to elicit information that could be used to "impeach" the employee and deny his or her request, rather than understand his or her belief and whether or not it could be accommodated.

28. On December 29, 2021, Bergin received a form letter from the UCS Vaccination Exemption Committee stating that her request for a religious exemption "was considered by the UCS Vaccination Exemption Committee and denied." No reason was given. Bergin was given until January 10, 2022, to submit proof of taking the first dose of a COVID-19 vaccine.

29. In the denial letter, UCS did not question or deny the sincerity of Bergin's religious objections to the COVID-19 vaccines.

30. In the denial letter, UCS did not state that Bergin's religious exemption was denied because it would have caused an undue hardship.

31. Upon information and belief, UCS never conducted an individualized review of Bergin's job site or job duties to determine if her religious objections to the COVID-19 vaccines could be reasonably accommodated.

32. Concerned that her exemption request may have been denied because she did not answer the questionnaire in the spaces provided (rather, Bergin submitted another personal statement), Bergin submitted another set of answers to the questionnaire on or about January 3, 2022.

33. On January 4, 2022, her supervisor received an email from UCS Administrative Counsel, Mindy M. Jeng, Esq., stating that "[t]he Committee's decisions are final, and the new request will not be considered." The email reiterated that Bergin was required "to submit proof of vaccination by January 10."

34. UCS provided no appeal process for exemption denials.

35. Bergin did not and will not get the COVID-19 vaccine.

36. On January 10, 2022, Bergin was served with a memorandum advising Bergin that she was "unfit for service because of your failure to comply with the Vaccination Mandate." Bergin was instructed "not to report to work until you have submitted the required proof of vaccination and the submission has been confirmed by your supervisor." Notably, although she was served with the memorandum when she reported to work that morning, Bergin was allowed to finish her shift on January 10.

37. It would not have caused an undue hardship on the conduct of UCS's business to grant Bergin the exemption.

38. Prior to issuance of the mandatory COVID-19 vaccination policy, all non-vaccinated employees were required to follow extensive COVID-19 safety precautions, including: temperature taken upon entering the courthouse, daily

health self-assessment forms, weekly testing, wearing a mask at all times during the workday, and social distancing protocols. All of these precautions were deemed adequate to mitigate the risk of catching or transmitting COVID-19.

39. Bergin followed these COVID-19 safety protocols conscientiously. She worked the entire pandemic period with no health or safety problems, including many overtime shifts due to staffing shortages.

40. Bergin continued to work full-time while her request for a religious exemption was pending, which did not impose any undue hardship on UCS.

41. It would not have caused an undue hardship to allow Bergin to continue to follow these or similar precautions in lieu of the mandatory COVID-19 vaccination policy.

42. Furthermore, nothing changed about the dangers of COVID-19 in the Fall 2021 to render these precautions ineffective. On the contrary, rates of hospitalizations and deaths under the "Delta" variant were declining by October 2021, and the "Omicron" variant, which became dominant in December 2021, is widely acknowledged to be *less virulent* than previous waves have been.

43. Upon information and belief, UCS has no scientific studies, data, or other objective evidence demonstrating that an employee who follows the same health and safety protocols that were in place before UCS announced its mandatory vaccination policy, but who is not vaccinated, poses an increased risk of spreading COVID-19 to courthouse staff and visitors. This is pure speculation and fear-mongering.

44. Significantly, it was well-established by the Fall 2021 that the available COVID-19 vaccines do not prevent the transmission of the virus.

45. On August 5, 2021, during a televised interview with CNN's Wolf Blitzer, CDC Director Dr. Rochelle Walensky stated that the COVID-19 vaccines "continue to work well for Delta, with regard to severe illness and death – they prevent it. But what they can't do anymore is prevent transmission."

46. This was confirmed recently by Dr. Deborah Birx, former White House Coronavirus Response Coordinator, who told Fox News on July 22, 2022, that she "knew these vaccines were not going to protect against infection. . . ."

47. Even Dr. Anthony Fauci has admitted, during an interview with Fox News on July 12, 2022, that the "vaccines – because of the high degree of transmissibility of this virus – don't protect overly well, as it were, against infection . . . ."

48. To the best of her knowledge, Bergin is aware of other employees, including fellow Court Officers at her courthouse, who were granted religious or medical exemptions to the mandatory COVID-19 vaccination policy. If other employees were granted exemptions, it would not have caused an undue hardship to grant Bergin an exemption.

49. Starting on January 10, 2022, Bergin remained on administrative leave, using her accrued paid leave days, until she was terminated effective April 7, 2022, for "fail[ing] to timely comply with the Vaccination Mandate." Her health insurance benefits were terminated at that time as well.

50. Since her termination by UCS, Bergin has diligently pursued alternative employment and further law enforcement training. She recently obtained a full-time position as a court services officer at a courthouse in New Jersey, which does not require the COVID-19 vaccine.

51. This entire experience has caused Bergin significant mental and emotional distress and financial hardship.

**COUNT ONE: VIOLATION OF TITLE VII**

52. By denying her request for a religious exemption to the mandatory COVID-19 vaccination policy and terminating her employment, Defendant violated Bergin's rights under Title VII.

53. Title VII provides, *inter alia*, that "[i]t shall be an unlawful employment practice for an employer . . . to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's . . . religion . . . ." 42 U.S.C. § 2000e-2(a)(1). Title VII further defines "religion" to include "all aspects of religious observance and practice, as well as belief, unless an employer demonstrates that he is unable to reasonably accommodate to an employee's or prospective employee's religious observance or practice without undue hardship on the conduct of the employer's business."

54. Accordingly, under Title VII it is unlawful "for an employer not to make reasonable accommodations, short of undue hardship, for the religious practices of his employees . . . ." *Trans World Airlines, Inc. v. Hardison*, 432 U.S. 63, 74 (1977); *see also Ansonia Bd. of Educ. v. Philbrook*, 479 U.S. 60, 68 (1986) ("The employer violates the statute unless it 'demonstrates that [it] is unable to reasonable accommodate . . . an employee's . . . religious observance or practice without undue hardship on the conduct of the employer's business.'") (quoting 42 U.S.C. § 2000e(j)).

55. Defendant was recklessly indifferent to Bergin's federally protected rights.

56. As a direct and proximate result of Defendant's discriminatory conduct, Bergin has suffered pecuniary and non-pecuniary damages, including lost income and benefits and mental and emotional distress, for which she is entitled to an award of back pay, front pay/reinstatement, out of pocket costs, compensatory damages, attorney's fees and costs, and appropriate injunctive relief.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury as to all issues triable by jury in the above-captioned civil action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court enter judgment against Defendant on her claim under Title VII, and award her the following relief:

A. Back pay in an amount to be determined at trial;

B. Front pay (or reinstatement) in an amount to be determined at trial;

C. Out of pocket costs in an amount to be determined at trial;

D. Compensatory damages in an amount to be determined at trial;

E. Pre-judgment and post-judgment interest;

F. Attorney's fees and costs;

G. Appropriate injunctive relief; and

H. Such other relief as justice may require.

***For Plaintiff Jessica Bergin:***

/s/ *Steven M. Warshawsky*

______________________________

Steven M. Warshawsky
The Warshawsky Law Firm
100 South Bedford Road, Suite 340
Mount Kisco, NY 10549
Tel: (914) 514-2329
Email: smw@warshawskylawfirm.com
Web: www.warshawskylawfirm.com

Andrea Paparella
Law Office of Andrea Paparella, PLLC
(pandemic mailing address)
4 Dunlap Street
Salem, MA 01970
Tel: (617) 680-2400
Fax: (914) 462-3287
Email: amp@andreapaparella.com
Web: www.andreapaparella.com

Dated: September 2, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JESSICA BERGIN,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendants.
---------------------------------------------------------------------X

Ind. No. 22-CV-5264 (BMC)

**DECLARATION OF MICHAEL J. SIUDZINSKI IN SUPPORT OF MOTION TO DISMISS**

**MICHAEL J. SIUDZINSKI**, an attorney duly admitted to the Bars of this State and this Court, declares and states as follows, under penalties of perjury:

1. I am an Assistant Deputy Counsel in the office of Counsel for the New York State Office of Court Administration, attorney for defendant the New York State Unified Court System (hereinafter "UCS") in this action.

2. I submit this declaration in support of the UCS' motion to dismiss on the grounds asserted in the accompanying Memorandum of Law.

3. Attached hereto as Exhibit A is a copy of UCS' COVID-10 vaccination policy memorandum, dated September 10, 2021, issued to all UCS employees.

4. Attached hereto as Exhibit B is a copy of plaintiff's September 26, 2021, request to be exempt from UCS' COVID-19 vaccine mandate.

5. Attached hereto as Exhibit C is a copy of UCS' November 8, 2021, letter to plaintiff seeking more information in support of her exemption request.

6. Attached hereto as Exhibit D is a copy of plaintiff's November 26, 2021, response to UCS' request for more information.

7. Attached hereto as Exhibit E is a copy of UCS' December 29, 2021, letter to plaintiff denying her request and directing her to comply with the vaccine mandate.

**WHEREFORE**, UCS respectfully requests that the Court issue an order granting its motion to dismiss plaintiff's Complaint in its entirety and granting such other and further relief as the Court deems just, proper, and appropriate.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2022.

/S/
MICHAEL J. SIUDZINSKI

NEW YORK STATE
Unified Court System
OFFICE OF COURT ADMINISTRATION

LAWRENCE K. MARKS
CHIEF ADMINISTRATIVE JUDGE

NANCY J. BARRY, ESQ.
CHIEF OF OPERATIONS

JUSTIN A. BARRY, ESQ.
CHIEF OF ADMINISTRATION

# MEMORANDUM

September 10, 2021

To: All Non-Judicial Personnel

From: Nancy J. Barry
Justin Barry

Re: Mandatory Vaccination Requirement

---

As previously announced, the Unified Court System will require all judges and non-judicial personnel to be vaccinated by September 27, 2021, unless otherwise approved for an exemption due to medical reasons or sincerely held religious beliefs, as explained more fully below.

This memorandum will outline the program as it relates to non-judicial personnel. The Chief Administrative Judge will outline the program for judges in a separate document.

**Proof of Vaccination**

All non-judicial personnel must be fully vaccinated against COVID-19 by September 27, 2021, or as soon thereafter as medically practicable provided they have received at least one dose of a COVID-19 vaccine by such date.[1]

To this end, no later than September 27, 2021, all non-judicial personnel must either submit proof that they: (1) are fully vaccinated; or (2) have received at least one dose of any COVID-19 vaccine. This proof must be submitted through the UCS SharePoint site https://nycourts.sharepoint.com/sites/COVID-19/CPV as outlined in Section (1) of our September 1, 2021 Memorandum (Mandatory Testing Program – Supplemental Information).

[1] Fully vaccinated is defined as: two weeks after receiving a second dose of a two-dose vaccine, such as the Pfizer or Moderna vaccines; or two weeks after receiving a single-dose vaccine, such as the Johnson and Johnson vaccine.

25 BEAVER STREET, NEW YORK, NEW YORK 10004 • PHONE: 212-428-2120 • FAX: 212-428-2190

Acceptable proof of having received at least one dose of a COVID-19 vaccine is a copy of the front **and** back of the employee's vaccination card. For fully vaccinated employees, a screenshot of the employee's Excelsior Pass is also acceptable. Those employees, who submit proof of having received their first dose of a two-dose vaccine, will be required to submit proof of having received the second dose within the medically recommended timeframe, i.e., typically 3 weeks from the first dose, using the same UCS SharePoint site referenced above.

Employees, who have submitted proof of vaccination by September 27, 2021 but are not yet fully vaccinated because they must receive a second dose and/or they must wait an additional two weeks after their last dose, will be subject to the Mandatory Testing Program until such time as they are fully vaccinated.

**Exemptions**

Exemptions to the mandatory vaccination requirement will be considered for employees with underlying medical conditions that make receiving the COVID-19 vaccine unsafe for them and employees with sincerely held religious beliefs and practices that prohibit them from receiving a COVID-19 vaccine.

Employees seeking a medical or religious exemption to vaccination must submit their request by 5:00 p.m. on September 27, 2021 using the appropriate exemption form (see attached Exhibit A – Medical Exemption Request Form and Exhibit B – Religious Exemption Request Form). The completed Exemption Request Form must be scanned and uploaded through the UCS Employee Web Portal located at https://portal.nycourts.gov/ExemptionCOVID19Vaccination/. Instructions for uploading these Forms will be available on the Portal, which will "go live" on September 20, 2021.

No exemption requests will be considered unless they are fully completed on the appropriate form and filed through the Portal.

Applications for medical exemptions must be accompanied by documentation from the employee's medical health professional. Applications for religious exemption must contain the employee's written, signed and notarized statement detailing the religious basis for his/her objection to COVID-19 vaccination and the religious principle(s) that guide the objections to COVID-19 vaccination. Employees submitting an exemption application will be notified, in writing, of the decision [which, if granted, will include the expiration date of the exemption] or, that more information is needed in order to consider the employee's request for an exemption, as soon as practicable after their request is filed.

Employees who timely file a request for exemption will be subject to the Mandatory Testing Program while their request is being reviewed. Those employees who are granted a medical or religious exemption to vaccination will be subject to the Mandatory Testing Program during the specified exemption period.

An employee who receives written notice that their request for medical or religious exemption was denied will have ten workdays from the date of the notification to submit proof of having received

at least one dose of a COVID-19 vaccine and must otherwise comply with the provisions set forth in "Proof of Vaccination" above.

**Non-Compliance**

Employees who fail to comply with the provisions of this Policy are prohibited from reporting to work and may be considered absent without authorization for which approval to charge accruals may be denied, until they have taken steps to remedy their non-compliance. Continued failure to comply may result in disciplinary action, up to and including termination.

**Additional Information**

Non-judicial personnel are reminded that they are eligible for Excused Leave and/or Compensatory Time for becoming vaccinated (up to 3.5 hours per appointment upon submission of the requisite proof of same).

Non-judicial personnel must continue to follow all other safety and operational protocols.

We are deeply grateful to our staff for their collaboration in the ever-evolving guidance surrounding COVID-19 and their commitment to keeping themselves, their colleagues and all who conduct business in our facilities safe.

cc: Hon. Lawrence Marks
Hon. George Silver
Hon. Edwina Mendelson
Hon. Norman St. George
Administrative Judges
NYC Chief Clerks
District Executives
OCA Directors
Chief Michael Magliano

# EXHIBIT A

**STATE OF NEW YORK - UNIFIED COURT SYSTEM**

**REQUEST FOR MEDICAL EXEMPTION FROM COVID-19 VACCINATION**

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting qualified individuals with underlying medical conditions. Upon request, UCS will grant a medical exemption for individuals with underlying medical conditions that makes receiving the COVID-19 vaccine unsafe for them. To request a medical exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form; have a licensed health care provider, not related to the applicant, whose specialty is appropriate to the associated medical condition, prepare the **Certification of Licensed Health Care Provider** form; and return the form, along with any such additional documentation as may be necessary to support the request, to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

Medical exemptions are intended for those with underlying medical conditions that render the COVID-19 vaccine unsafe for them.

For the current year, requests for medical exemptions must be received by September 27, 2021. The expiration of the exemption will be based upon the Certification of the Licensed Health Care Provider, which date will be noted in the UCS Approval, but shall be no longer than one year. Individuals may request to renew exemptions upon the expiration of such Approval, but annually no later than October 1 for each year.

Individuals who have timely submitted a request for a medical exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for medical exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal. Individuals whose requests are denied are permitted to reapply if new documentation and information is later available in support of a new application for medical exemption.

If a judge or employee refuses to provide the information necessary for UCS to review and consider the request for medical exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Medical exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete and sign the **Verification and Accuracy** statement;
- Have your Licensed Health Care Provider complete the **Certification of Licensed Health Care Provider** form;
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

In some cases, UCS will need to obtain additional information and/or documentation about your medical condition in support of the request for medical exemption.

## STATEMENT OF MEDICAL CONDITION FOR EXEMPTION TO COVID-19 VACCINATION

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I sincerely certify that my medical condition makes it unsafe for me to receive a COVID-19 vaccination, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I certify that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my current medical condition. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |
| | I authorize my licensed health care provider to provide UCS with personal health information about my medical condition related to this request for exemption from COVID-19 vaccination and to provide UCS with a Certification of Licensed Health Care Provider. I acknowledge that I may be required to provide additional medical documentation in support of my request for medical exemption. |

**Verification and Accuracy**

I verify that the information I am submitting in support of my request for a medical exemption to the COVID-19 vaccination is true, accurate, and complete to the best of my knowledge. I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false.

Name: ______________________________

Primary Email: ______________________________

Phone: ______________________________

Signature: ______________________________

Date: ______________

**New York State Unified Court System**

**Certification of Licensed Health Care Provider**

**For Request for Medical Exemption from COVID-19 Vaccine**

The New York State Unified Court System (UCS) requires all employees to be fully vaccinated for COVID-19.

My patient, ____________________, is submitting a request for a medical exemption from this COVID-19 vaccination requirement.

In support of that medical exemption, my patient voluntarily requests and authorizes me to prepare this Form, and to provide UCS with personal health information about the patient's medical condition(s) related to this request, including supporting documentation regarding the medical reason that vaccination is contraindicated to the patient's medical condition(s) that render the vaccine unsafe for the patient at this time.

**Option 1 - Allergy**

☐ A documented history of a severe allergic reaction to any component of a COVID-19 vaccine or to a substance that is cross-reactive with a component. Please specify the allergic components of **ALL** the following vaccines.

**NOTE**: since egg-free vaccine is available, history of an egg allergy will not be accepted as an allergic reaction to a COVID component.

- Moderna - List the allergic component(s):
- Pfizer - List the allergic component(s):
- Janssen/Johnson & Johnson - List the allergic component(s):

☐ A documented history of a severe allergic reaction after a previous dose of the COVID-19 vaccine. Please indicate to which vaccine the patient had a reaction, the date of the vaccine, and the severe reaction:

- Moderna - Date of Vaccine & Reaction:
- Pfizer - Date of Vaccine & Reaction:
- Janssen/Johnson & Johnson - Date of Vaccine & Reaction:

**Option 2 – Physical Condition/Medical Circumstance**

☐ The physical condition or medical circumstances of the patient that render vaccination unsafe or contraindicate COVID-19 vaccination are as follows:

Probable time the physical condition or medical circumstances is expected to render vaccination unsafe or contraindicated to COVID-19 vaccination is: ____________________________

**Health Care Provider Certification**

I certify that the information contained herein is true, accurate, and complete and I support the patient's request for a medical exemption from the COVID-19 vaccine requirement of UCS.

Health Care Provider Name: ______________________________

Practice/Specialty: ______________________________

License Number: ______________________________

Address: ______________________________________

Telephone Number: ___________________________

Email: ____________________________

Signature: ______________________________

Date: ______________________________

# EXHIBIT B

## STATE OF NEW YORK - UNIFIED COURT SYSTEM
## REQUEST FOR RELIGIOUS EXEMPTION FROM COVID-19 VACCINATION

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting religious beliefs and practices. Upon request, UCS will grant a religious exemption for sincerely held religious beliefs and practices which prohibit a judge or employee from receiving a COVID-19 vaccine. To request a religious exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form and return it, along with the "Affidavit of Religious Objection to COVID-19 Vaccination", "Personal Statement Form" and such additional documentation as may be necessary/appropriate to support the request to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

For the current year, requests for religious exemptions must be received by September 27, 2021. If approved, the exemption will remain in effect through September 30, 2022. Individuals with approved exemptions may request to renew exemptions annually no later than October 1 for each year.

Individuals who have timely submitted a request for a religious exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for religious exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal.

If a judge or employee refuses to provide the information necessary for UCS to review and consider their request for religious exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Religious exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete the **Affidavit of Religious Objection to COVID-19 Vaccination**;
- Complete the **Personal Statement Form**;
- Sign before a Notary Public;
- Attach such additional documentation about your faith/beliefs which are contrary to vaccination, including but not limited to the COVID-19 vaccination, as necessary/appropriate to support your request; and
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

Your request must be accompanied by the signed and notarized "**Affidavit of Religious Objection to COVID-19 Vaccination**" **and** "**Personal Statement Form**" (attached below). In some cases, UCS will need to obtain additional information and/or documentation about your sincerely held religious practice(s) or belief(s). UCS may need to discuss the nature of your religious belief(s)/practice(s) with your religion's spiritual leader (if applicable) or religious scholars to address your request for an exemption.

(Proceed to Following Pages for Affidavit of Religious Objection to COVID-19 Vaccination and Personal Statement)

## AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I swear or affirm that vaccination is contrary to my sincerely held religious beliefs and practices, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I swear or affirm that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my sincere religious beliefs. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |

**Request for Religious Exemption from COVID-19 Vaccine Personal Statement Form**

In the space below, please provide a personal written and signed statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to vaccination, and the religious basis that prohibits the COVID-19 vaccination. Attach additional pages, if needed, along with any documentation you submit in support of your request.

I swear or affirm that my **Affidavit of Religious Objection to COVID-19 Vaccination** and my **Request for Religious Exemption from COVID-19 Vaccine Personal Statement** above are true, accurate, and complete, and that I have a sincerely held religious belief and practice that prohibits me from receiving the COVID-19 vaccination.

I acknowledge that false statements intentionally made herein may be punishable as class A misdemeanor under PL 210.05.

Signature: ______________________________ Date: ______________

Print Name: ______________________________

Email: ______________________________

Phone: ______________________________

Sworn and subscribed before me

This _____ day of__________________, 2021

______________________________

Notary Public

My commission expires: __________________

**STATE OF NEW YORK - UNIFIED COURT SYSTEM**

**REQUEST FOR MEDICAL EXEMPTION FROM COVID-19 VACCINATION**

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting qualified individuals with underlying medical conditions. Upon request, UCS will grant a medical exemption for individuals with underlying medical conditions that makes receiving the COVID-19 vaccine unsafe for them. To request a medical exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form; have a licensed health care provider, not related to the applicant, whose specialty is appropriate to the associated medical condition, prepare the **Certification of Licensed Health Care Provider** form; and return the form, along with any such additional documentation as may be necessary to support the request, to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

Medical exemptions are intended for those with underlying medical conditions that render the COVID-19 vaccine unsafe for them.

For the current year, requests for medical exemptions must be received by September 27, 2021. The expiration of the exemption will be based upon the Certification of the Licensed Health Care Provider, which date will be noted in the UCS Approval, but shall be no longer than one year. Individuals may request to renew exemptions upon the expiration of such Approval, but annually no later than October 1 for each year.

Individuals who have timely submitted a request for a medical exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for medical exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal. Individuals whose requests are denied are permitted to reapply if new documentation and information is later available in support of a new application for medical exemption.

If a judge or employee refuses to provide the information necessary for UCS to review and consider the request for medical exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Medical exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete and sign the **Verification and Accuracy** statement;
- Have your Licensed Health Care Provider complete the **Certification of Licensed Health Care Provider** form;
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

In some cases, UCS will need to obtain additional information and/or documentation about your medical condition in support of the request for medical exemption.

**STATEMENT OF MEDICAL CONDITION**
**FOR EXEMPTION TO COVID-19 VACCINATION**

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I sincerely certify that my medical condition makes it unsafe for me to receive a COVID-19 vaccination, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I certify that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my current medical condition. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |
| | I authorize my licensed health care provider to provide UCS with personal health information about my medical condition related to this request for exemption from COVID-19 vaccination and to provide UCS with a Certification of Licensed Health Care Provider. I acknowledge that I may be required to provide additional medical documentation in support of my request for medical exemption. |

**Verification and Accuracy**

I verify that the information I am submitting in support of my request for a medical exemption to the COVID-19 vaccination is true, accurate, and complete to the best of my knowledge. I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false.

Name: ___________________________________________

Primary Email: ___________________________________________

Phone: ___________________________________________

Signature: ___________________________________________

Date: ___________________

**New York State Unified Court System**

**Certification of Licensed Health Care Provider**

**For Request for Medical Exemption from COVID-19 Vaccine**

The New York State Unified Court System (UCS) requires all employees to be fully vaccinated for COVID-19.

My patient, ____________________, is submitting a request for a medical exemption from this COVID-19 vaccination requirement.

In support of that medical exemption, my patient voluntarily requests and authorizes me to prepare this Form, and to provide UCS with personal health information about the patient's medical condition(s) related to this request, including supporting documentation regarding the medical reason that vaccination is contraindicated to the patient's medical condition(s) that render the vaccine unsafe for the patient at this time.

**<u>Option 1 - Allergy</u>**

☐ A documented history of a severe allergic reaction to any component of a COVID-19 vaccine or to a substance that is cross-reactive with a component. Please specify the allergic components of **ALL** the following vaccines.

**NOTE**: since egg-free vaccine is available, history of an egg allergy will not be accepted as an allergic reaction to a COVID component.

- Moderna - List the allergic component(s):
- Pfizer - List the allergic component(s):
- Janssen/Johnson & Johnson - List the allergic component(s):

☐ A documented history of a severe allergic reaction after a previous dose of the COVID-19 vaccine. Please indicate to which vaccine the patient had a reaction, the date of the vaccine, and the severe reaction:

- Moderna - Date of Vaccine & Reaction:
- Pfizer - Date of Vaccine & Reaction:
- Janssen/Johnson & Johnson - Date of Vaccine & Reaction:

**Option 2 – Physical Condition/Medical Circumstance**

☐ The physical condition or medical circumstances of the patient that render vaccination unsafe or contraindicate COVID-19 vaccination are as follows:

Probable time the physical condition or medical circumstances is expected to render vaccination unsafe or contraindicated to COVID-19 vaccination is: ___________________________

**Health Care Provider Certification**

I certify that the information contained herein is true, accurate, and complete and I support the patient's request for a medical exemption from the COVID-19 vaccine requirement of UCS.

Health Care Provider Name: ______________________________

Practice/Specialty: ______________________________

License Number: ______________________________

Address: ______________________________________

Telephone Number: __________________________

Email: ___________________________

Signature: ______________________________

Date: ______________________________

**STATE OF NEW YORK - UNIFIED COURT SYSTEM**

**REQUEST FOR RELIGIOUS EXEMPTION FROM COVID-19 VACCINATION**

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting religious beliefs and practices. Upon request, UCS will grant a religious exemption for sincerely held religious beliefs and practices which prohibit a judge or employee from receiving a COVID-19 vaccine. To request a religious exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form and return it, along with the "Affidavit of Religious Objection to COVID-19 Vaccination", "Personal Statement Form" and such additional documentation as may be necessary/appropriate to support the request to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

For the current year, requests for religious exemptions must be received by September 27, 2021. If approved, the exemption will remain in effect through September 30, 2022. Individuals with approved exemptions may request to renew exemptions annually no later than October 1 for each year.

Individuals who have timely submitted a request for a religious exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for religious exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal.

If a judge or employee refuses to provide the information necessary for UCS to review and consider their request for religious exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Religious exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete the **Affidavit of Religious Objection to COVID-19 Vaccination**;
- Complete the **Personal Statement Form**;
- Sign before a Notary Public;
- Attach such additional documentation about your faith/beliefs which are contrary to vaccination, including but not limited to the COVID-19 vaccination, as necessary/appropriate to support your request; and
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

Your request must be accompanied by the signed and notarized **"Affidavit of Religious Objection to COVID-19 Vaccination" and "Personal Statement Form"** (attached below). In some cases, UCS will need to obtain additional information and/or documentation about your sincerely held religious practice(s) or belief(s). UCS may need to discuss the nature of your religious belief(s)/practice(s) with your religion's spiritual leader (if applicable) or religious scholars to address your request for an exemption.

(Proceed to Following Pages for Affidavit of Religious Objection to COVID-19 Vaccination and Personal Statement)

**AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I swear or affirm that vaccination is contrary to my sincerely held religious beliefs and practices, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I swear or affirm that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my sincere religious beliefs. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |

**Request for Religious Exemption from COVID-19 Vaccine Personal Statement Form**

In the space below, please provide a personal written and signed statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to vaccination, and the religious basis that prohibits the COVID-19 vaccination. Attach additional pages, if needed, along with any documentation you submit in support of your request.

I swear or affirm that my **Affidavit of Religious Objection to COVID-19 Vaccination** and my **Request for Religious Exemption from COVID-19 Vaccine Personal Statement** above are true, accurate, and complete, and that I have a sincerely held religious belief and practice that prohibits me from receiving the COVID-19 vaccination.

I acknowledge that false statements intentionally made herein may be punishable as class A misdemeanor under PL 210.05.

Signature: ________________________________________ Date: ________________

Print Name: ________________________________________

Email: ________________________________________

Phone: ________________________________________

Sworn and subscribed before me

This _____ day of___________________, 2021

________________________________________
Notary Public

My commission expires: ____________________

Jessica Bergin 3055
Page 1

AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I swear or affirm that vaccination is contrary to my sincerely held religious beliefs and practices, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I swear or affirm that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| JB | I request exemption from the COVID-19 vaccination requirement due to my sincere religious beliefs. |
| JB | I understand and assume the risks of non-vaccination. |
| JB | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| JB | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| JB | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| JB | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| JB | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| JB | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| JB | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |

Jessica Bergin 3055
Page 2

**Request for Religious Exemption from COVID-19 Vaccine Personal Statement Form**

In the space below, please provide a personal written and signed statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to vaccination, and the religious basis that prohibits the COVID-19 vaccination. Attach additional pages, if needed, along with any documentation you submit in support of your request.

I respectfully request a religious exemption. Please see attached documentation including my typed personal statement, as it would not fit on one page, and a letter from my pastor and church supporting my beliefs. Both letters have been signed and notarized, illustrating my sincere devotion to God and my faith and protecting my religious liberties. Additional information can be provided upon request. It is with deep gratitude and appreciation that I submit these letters for your consideration.

Thank you

[signature]

Jessica Bergin

* please note, the font on my personal statement is different because the portal only allowed a certain number of pages to be submitted so I had to consolidate. Thank you.

Jessica Bergin 3055
page 3

I swear or affirm that my **Affidavit of Religious Objection to COVID-19 Vaccination** and my **Request for Religious Exemption from COVID-19 Vaccine Personal Statement** above are true, accurate, and complete, and that I have a sincerely held religious belief and practice that prohibits me from receiving the COVID-19 vaccination.

I acknowledge that false statements intentionally made herein may be punishable as class A misdemeanor under PL 210.05.

Signature: [signature] Date: 9/24/21

Print Name: Jessica Bergin

Email: missinJB5@aol.com / JBergin@nycourts.gov

Phone: (718) 208-3735

Sworn and subscribed before me
This 24th day of September, 2021

[signature]
Notary Public
For notary use only
My commission expires: 03/02/2023

Jessica Bergin 3055
Page 4

September 24, 2021

Re: Covid-19 Vaccine Mandate/Religious Exemption

To Whom It May Concern,

My name is Jessica Bergin and I am writing to respectfully voice my declination of receiving this vaccine based on my religious affiliation. I am sincerely devoted to God, His Word and the Holy Trinity, and I have been taught that I have the right of conscience to choose what enters my body. I cannot, in good faith, be forced to take this vaccine against my free will as it disobeys my religious faith.

My family and I have been baptized and have received all sacraments in the church. I have been a practicing, devoted servant of Christ my entire life. I have been an active member in the church and the community, as an alter server, Eucharistic minister, funeral director, CCD religious education intern and teacher, mentor to younger parishioners and have attended religious school my entire life. I minored in, and extensively studied, theology in a school founded by the Franciscan brothers. I am a volunteer in many churches and missions, past and present.

According to my faith, any coerced medical treatment will infringe on my right of conscience, to manage my personal medical treatments, free of outside pressure. In addition to religious beliefs, i try to live each day as pure as possible and most of my consumption is organic or from the earth. Growing up, in addition to being devoted members of the church, some of my maternal family members were doctors of Holistic Chinese Medicine. I was educated in healing through natural remedies and therapeutics (ie; vitamins, minerals, plant-based food, breathing exercises, meditation, yoga) Also, now is a different/ important time for our family as we are trying to conceive the precious gift of life. We have chosen to refrain from putting anything into our bodies. In the past, after years of minor health issues/ailments and not truly understanding how it feels to decide what enters my body, I have experienced great clarity and have healed myself. I have been in close contact with my doctors who also believe that taking this inoculation should be solely my choice, since it is my body.

I strongly believe in the sanctity of human life. I cannot, with a clear conscience, take these vaccines as it has been confirmed that they have been developed using ingredients and methods, which unequivocally violate my ethics. This is something I feel very passionate about. **<u>*Please see attached letter from my pastor.</u>**

Furthermore, I believe that there are 'reasonable accommodations,' absent of this vaccination, including but not limited to testing, masking, social distancing, antibodies, etc. in order to maintain safety in the workplace. I believe I can abide by these accommodations in order to uphold both my personal beliefs and my employment.

Respectfully and humbly, any forced medical mandates would raise questions as far as whether or not side effects or direct injuries from said vaccine would be covered by the institution mandating it. Regardless, after extensive prayer, and moral and spiritual counseling, my family and I have decided not to put anything into our bodies against our sincere beliefs. I would stress that I love my job and I want to remain a beneficial asset to my co-workers and my community. I believe I can still carry out my duties absent of the vaccine. I desire to continue acting in good faith, upholding my sincere morals, religious freedom and everlasting devotion to Jesus Christ.

*Please see below, as there are scripture verses that support my decision.

Jessica Bergin 3055
Page 5

1 Corinthians 3:17 "If anyone destroys God's temple, God will destroy him. For God's temple is holy, and you are that temple."

1 Corinthians 6:19-20 "Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own, for you were bought with a price. So glorify God in your body."

Ecclesiastes11:5 "As you do not know the way the spirit comes to the bones in the womb of a woman with child, so you do not know the work of God who makes everything."

Exodus 23:25 "You shall serve the Lord your God, and he will bless your bread and your water, and I will take sickness away from among you."

Jeremiah 17:14 "Heal me, O Lord, and I shall be healed; save me, and I shall be saved, for you are my praise."

Jeremiah 29:11 "For I know the plans I have for you, declares the Lord, plans for welfare and not for evil, to give you a future and a hope."

Isaiah 41:10 "Fear not, for I am with you; be not dismayed, for I am your God; I will strengthen you, I will help you, I will uphold you with my righteous right hand."

3 John 1:2 "Beloved, I pray that all may go well with you and that you may be in good health, as it goes well with your soul."

John 14:14 "If you ask me anything in my name, I will do it."

Luke 8:43-48 "And there was a woman who had had a discharge of blood for twelve years, and though she had spent all her living on physicians, she could not be healed by anyone. She came up behind him and touched the fringe of his garment, and immediately her discharge of blood ceased. And Jesus said, "Who was it that touched me?" When all denied it, Peter said, "Master, the crowds surround you and are pressing in on you!" But Jesus said, "Someone touched me, for I perceive that power has gone out from me." And when the woman saw that she was not hidden, she came trembling, and falling down before him declared in the presence of all the people why she had touched him, and how she had been immediately healed. …"

Mark 5:34 "And he said to her, "Daughter, your faith has made you well; go in peace, and be healed of your disease."

Proverbs 3:7-8"Be not wise in your own eyes; fear the Lord, and turn away from evil. It will be healing to your flesh and refreshment to your bones."

Psalm 41:3"The Lord sustains him on his sickbed; in his illness you restore him to full health."

Psalm 48:14"That this is God, our God forever and ever. He will guide us forever."

Psalm 91:3-6 "For he will deliver you from the snare of the fowler and from the deadly pestilence. He will cover you with his pinions, and under his wings you will find refuge; his faithfulness is a shield and buckler. You will not fear the terror of the night, nor the arrow that flies by day, nor the pestilence that stalks in darkness, nor the destruction that wastes at noonday."

Psalm 103:1-22 "Bless the Lord, O my soul, and all that is within me, bless his holy name! Bless the Lord, O my soul, and forget not all his benefits, who forgives all your iniquity, who heals all your diseases, who redeems your life from the pit, who crowns you with steadfast love and mercy, who satisfies you with good so that your youth is renewed like the eagle's. …"

Jessica Bergin 3055
Page 6

**Psalm 127:3**

"Behold, children are a heritage from the Lord, the fruit of the womb a reward."

**Psalm 139:13**

"For you formed my inward parts; you knitted me together in my mother's womb."

**1 Timothy 4:8**

"For while bodily training is of some value, godliness is of value in every way, as it holds promise for the present life and also for the life to come."

*Please see letter attached, which illustrates personal moral and spiritual counseling with my pastor. Thank you

Thank you for your time and consideration,

Sincerely,

Jessica Bergin,

Court Officer

Richmond Criminal Court

For notary use only

9/24/2021

WING F. YUM
STATE OF NEW YORK
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/2/2023

Jessica Bergin 3055
page 7

ICC
REACHING THE CITY
TOUCHING THE WORLD

# INTERNATIONAL CHRISTIAN CENTER

September 3, 2021

Dear New York State Court House,

Jessica Bergin, a court officer, is a member or active attender of International Christian Center, a General Council Church of the Assemblies of God, on Staten Island, New York. International Christian Center does not prohibit the receipt of most vaccines, the following teaching of International Christian Center demonstrates the principled religious basis on which Jessica Bergin holds a conscientious religious objection to the current Covid-19 vaccines.

International Christian Center (AG) Statement of Faith includes a summary of its most sincerely held religious beliefs, which includes beliefs regarding the Sanctity of human life:

> The Assemblies of God Churches bases its understanding of the nature of human beings on the Bible. By making human beings in His own image, God set them above all other forms of life on earth. The term "image of God" signifies, like their Creator, men and women are personal and spiritual beings, rational and relational. Every human life, from conception through death, is therefore to be valued, respected, nurtured, and protected. Every human life is to be lived in obedience to God and His Word.
>
> To this end, the Assemblies of God offers the following Biblical perspectives:
>
> ABORTION: The Assemblies of God views the practice of abortion as an evil that has been inflicted upon millions of innocent babies and that will threaten millions more in the years to come. Abortion is morally unacceptable alternative for birth control, population control, sex selection, and elimination for the physically and mentally handicapped.
>
> STEM CELL RESEARCH: Stem Cell Research shows great promise for the cure of numerous diseases and should proceed under appropriate ethical guidelines regularly reviewed and revised. There are stem cells, such as adult stem cells, that are readily available for research and whose procurement does not compromise the sanctity of human life. However, the practice of cultivating stem cells from the tissue of aborted fetuses (embryonic stem cells) perpetuates the evil of abortion and should be prohibited. Likewise, the cultivation of stem cells from the unused embryos left with fertility clinics raises serious ethical concerns for human life. Great care must always be exercised in the cultivation of stem cells to insure that the sanctity and dignity of human life are not compromised.

In light of this evidence, that fetal stem cell lines have been used in the development of the Johnson & Johnson Covid-19 vaccine, and fetal stem cell lines have been used n the testing of the Moderna and Pfizer Covid-19 vaccines. See James Lawler MD, You asked, we answered: Do the Covid-19 vaccines contain aborted fetal stem cells? Nebraska Medicine, August 4, 2021, https://www.nebraskaskamed.com/COVID/you-asked-we Answered-do-the-covid-19-vaccines-contain- aborted-fetal-cells. Thus, International Christian Center supports its religious belief the receiving a vaccine that uses aborted fetal cell lines in the development or testing of the vaccine violates their sincerely held religious beliefs regarding the sanctity and protection of pre-born children.



PASTOR RONALD SQUIBB | 1501 RICHMOND AVENUE | STATEN ISLAND, NY | 10314 | 718.494.5433 | ICCNYC.ORG

Jessica Bergin 3055
Page 8

Thank you for considering this exemption for Jessica Bergin. She would greatly appreciate your reply in writing, so that she can make necessary decisions.

Sincerely,

Ronald L. Squibb
Senior Pastor

LYNDSEY MARTINEZ
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
01MA6147239
MY COMMISSION EXPIRES 5/30/22

**NEW YORK STATE**
# Unified Court System

OFFICE OF COURT ADMINISTRATION

**UCS VACCINATION EXEMPTION COMMITTEE**

11/8/2021

Dear Jessica Bergin,

Your request for a religious exemption to the UCS Vaccination Mandate was considered by the UCS Vaccination Exemption Committee and the Committee requires more information before it can make a final determination.

The Committee requires the following additional information – Please complete section A and section B of the attached "Religious Exemption from COVID-19 Vaccination Supplemental Form." Please read the instructions carefully.

You must submit this additional information through the UCS Employees Web Portal on https://portal.nycourts.gov/ExemptionCOVID19Vaccination/ by the close of business on 11/22/2021. If you feel you have additional information to support your exemption request, please provide it through the UCS Employee Web Portal along with the information specifically requested.

Please be advised you must continue to submit proof of weekly COVID-19 testing through the UCS Employee Web Portal https://portal.nycourts.gov/ucsmtp/.

Signed,

UCS Vaccination Exemption Committee

25 BEAVER STREET, NEW YORK, NEW YORK 10004 • https://portal.nycourts.gov/ExemptionCOVID19Vaccination/

**STATE OF NEW YORK - UNIFIED COURT SYSTEM**

**RELIGIOUS EXEMPTION FROM COVID-19 VACCINATION SUPPLEMENTAL FORM**

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. An exemption may be granted by UCS for sincerely held religious beliefs and practices which prohibit a judge or employee from receiving a COVID-19 vaccine. UCS is committed to providing equal employment opportunities and recognizes true and genuine observances of faith as it pertains to the practice of immunization. If approved, the religious exemption will remain in effect through September 30, 2022. Individuals with approved religious exemptions may request to renew exemptions annually no later than October 1 for each year. Individuals with approved religious exemptions will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS.

You have sought a religious-based exemption from the UCS COVID-19 vaccination mandate. Upon review of your submission, additional information is necessary to complete the review of your request.

- If you have indicated that concerns surrounding the COVID-19 vaccine and its connection to abortion and/or fetal cell lines prohibit you from receiving a vaccination, please complete **section A**.
- If you have indicated that you object to the COVID-19 vaccine because you abstain from medicine or vaccines in general due to your religious faith, please complete **section B**.
- If both objections apply to you, please complete both sections.
- All responses must have a complete notarization and signature page on page 7.
- While not required, as a reminder, you may submit additional documentation about your faith/beliefs which are contrary to vaccination, including but not limited to the COVID-19 vaccination, as necessary/appropriate to support your request.

Upon receipt of this supplemental form, please complete fully the section(s) that applies to you, notarize your signature, and upload to the UCS Employee Web Portal within **10 days**. Failure to submit this completed notarized supplemental form within the ten-day timeframe **may result in your request for an exemption to be rejected**. If a judge or employee refuses to provide the information requested in the supplemental form necessary for UCS to review and consider their request, they will be required to comply with UCS COVID-19 Vaccination mandate.

In the interim and until a decision on your request is rendered, you will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. After the additional information contained in this supplemental form is reviewed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to internal appeal.

- The Religious Exemption Supplemental Form also **MUST be signed before a Notary Public**.

- Once notarized, the Form must be submitted through the same UCS portal previously used to submit the original form: https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

- **ALL OF THE INFORMATION PROVIDED WILL BE KEPT STRICTLY CONFIDENTIAL AND UTILIZED ONLY TO EVALUATE YOUR APPLICATION FOR A VACCINATION EXEMPTION.**

(Proceed to Following Pages for the Supplemental Affidavit of Religious Objection to COVID-19 Vaccination and Personal Statement)

**SUPPLEMENTAL AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

# Section A

We understand that you have expressed concerns about the connection between fetal cells and the development of the COVID-19 vaccines. It is critical for everyone to have all relevant information to make fully informed decisions regarding COVID-19 vaccination. Please read and review the information below, which summarizes the current medical and scientific information regarding the COVID-19 vaccines and their development. Please also keep in mind that getting vaccinated is an important step we can take to protect ourselves, our community, our workplace, and our family and friends from severe disease and death from COVID-19.

Please review the following statements of fact on the use of fetal cell lines in the development of COVID-19 vaccines.

- Fetal cell lines are not the same as fetal tissue (tissue obtained from a human embryo or fetus). Fetal cell lines are cells that grow in a laboratory. Historical fetal cell lines were derived in the 1960s and 1970s from two elective abortions. Abortions from which fetal cells were obtained were elective and were not done for the purpose of vaccine development. Scientists duplicated those original cells and caused them to multiply into many new cells over the past several decades. Current fetal cell lines are thousands of generations of duplication removed from the cells extracted from fetal tissue. Fetal cell lines are widely used in cancer research, vaccine development, and drug testing.

- COVID-19 vaccine developers Moderna, Pfizer, and Johnson & Johnson/Janssen used two fetal cell lines in testing or manufacturing their vaccines—HEK-293, a kidney cell line that was isolated from a fetus in 1973 from either a spontaneous miscarriage or an elective abortion, and PER.C6, a retinal cell line that was isolated from an aborted fetus in 1985.

- While fetal cell lines were used to develop or manufacture these COVID-19 vaccines, no aborted fetal cells are in the vaccines themselves.

- Neither the Pfizer nor Moderna vaccines use fetal cell lines in the production of their vaccines. HEK-293, however, was used to test the effectiveness and safety of both vaccines.

- Production of the Johnson & Johnson/Janssen vaccine requires the use of a fetal cell line, specifically PER.C6.

- Newly aborted fetal tissue is not used to generate HEK-293 or PER.C6 cells, to modify these cell lines, or to maintain them in a laboratory. The use of HEK-293 and PER.C6 cell lines does not necessitate or create demand for future abortions.

*Even after reviewing all of the facts above, I swear or affirm that taking any of the COVID-19 vaccines would violate my sincere religious beliefs due to their connection to fetal cell lines in either testing or production.*

Signature: ____________________________________________

Below is a list of some common pharmaceutical products that have been tested using fetal cell line HEK-293 (the same fetal cell line used in the testing of the Moderna and Pfizer COVID-19 vaccines). To completely avoid using products tested with the fetal cell line HEK-293, individuals would have to avoid the use of many medical treatments and products and certain processed food and cosmetics.

Please provide the requested information for each group of products and initial each line. *I understand that by initialing each statement below I swear or affirm that the information I have provided is true to the best of my knowledge.*

| **Initial** | **Name of Pharmaceutical Product Tested on HEK-293 Cell Line (Common Brand Name(s))** | **1. Have you ever used any of the products listed in this group? Yes/No** | **2. Have you used any of the products listed in this group within the last two years? Yes/No** | **3. Would you use any of the products listed in this group in the future, even if recommended or prescribed by a physician? Yes/No** |
|---|---|---|---|---|
| | Over-the-counter drugs<br>Acetaminophen (Tylenol); Ibuprofen (Advil, Motrin); Acetylsalicylic Acid (Aspirin); Naproxen (Aleve); Pseudoephedrine (Sudafed, SudoGest, Suphedrine); Diphenhydramine (Benadryl); Loratadine (Claritin); Dextromethorphan (Robitussin, Delsym, Robafen); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Aluminum Hydroxide and Magnesium Hydroxide (Maalox); Docusate (Ex-Lax Stool Softener, Colace); Senna Glycoside (Sennoside, Senna, Ex-Lax, Senokot); Bismuth Subsalicylate (Pepto-Bismol); Phenylephrine (Preparation H, Vazculep, Suphedrine PE); Mepyramine or Pyrilamin; Lidocaine (Lidoderm, Recticare) | | | |
| | Prescription drugs<br>Hydroxychloroquine (Plaquenil); Levothyroxine (Synthroid, Tirosint, Levoxyl); Remdesivir (Veklury); Azithromycin (Zithromax); Ivermectin (Stromectol); Cerivastatin (Baycol, Lipobay), Fluvastatin, (Lescol), Pitavastatin, (Livalo), Pravastatin, (Pravachol), or Rosuvastatin (Crestor) | | | |

If you answered "Yes" to question 3 for over-the-counter drugs and/or prescription drugs, please explain how your religious beliefs permit you to take these medications but prohibit the taking of a COVID-19 vaccine.

Multiple other vaccines utilize HEK293, PER.C6, or other fetal cell lines in production and/or testing, including the MMR (measles, mumps, and rubella), shingles, chicken pox, and hepatitis A vaccines. Please initial and answer the following questions below.

*I understand that by initialing each response I am swearing or affirming that the information I have provided is true.*

| Initials | Question | Yes/No |
|---|---|---|
| | 4. Have you ever received the MMR (Measles, Mumps, Rubella) vaccine? | |
| | 5. Have you ever received the chicken pox vaccine? | |
| | 6. Have you ever received the shingles vaccine? | |
| | 7. Have you ever received the hepatitis-A vaccine? | |
| | 8. Based upon the information above, would it violate your religious beliefs to now receive the MMR (measles, mumps, and rubella), shingles, chicken pox, hepatitis A, or any other vaccine that is tested on or produced by means of fetal cell lines, including HEK-293? | |

If you answered "No" to question 8, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

## Section B

You have provided information in a previous statement indicating that your religious faith calls for you to abstain from medicines and vaccines due to concerns regarding the sanctity of your body or its purity. Please answer the below questions to allow us to gain a better understanding of your beliefs.

1. Please list all the medicines, medical treatments and procedures, vaccines, and/or foods that you abstain from due to your religious beliefs:

2. Please list the date you began to abstain from the above listed medicines and vaccines and/or other medical treatments:

3. Please provide a detailed explanation as to why your religious faith requires you to abstain from the listed substances in question 1.

(continue to next page)

4. Have you received an influenza (flu), pneumonia, tetanus, shingles, HPV or any other type of vaccine since turning 18 years of age? If yes, please specify the type of vaccine(s) and when it/they was/were administered.

5. If you listed any vaccines in question 4, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

I acknowledge that false statements intentionally made herein can lead to disciplinary action, up to and including termination of employment, and may be punishable as class A misdemeanor under PL 210.05.

Signature: ___________________________________________

Date: ________________

Print Name: ___________________________________________

Email: ___________________________________________

Phone: ___________________________________________

Sworn and subscribed before me

This _____ day of___________________, 2021

_______________________________________

Notary Public

My commission expires: ___________________

J. Bergin
page 1

## SUPPLEMENTAL AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION

### Section A

We understand that you have expressed concerns about the connection between fetal cells and the development of the COVID-19 vaccines. It is critical for everyone to have all relevant information to make fully informed decisions regarding COVID-19 vaccination. Please read and review the information below, which summarizes the current medical and scientific information regarding the COVID-19 vaccines and their development. Please also keep in mind that getting vaccinated is an important step we can take to protect ourselves, our community, our workplace, and our family and friends from severe disease and death from COVID-19.

Please review the following statements of fact on the use of fetal cell lines in the development of COVID-19 vaccines.

- Fetal cell lines are not the same as fetal tissue (tissue obtained from a human embryo or fetus). Fetal cell lines are cells that grow in a laboratory. Historical fetal cell lines were derived in the 1960s and 1970s from two elective abortions. Abortions from which fetal cells were obtained were elective and were not done for the purpose of vaccine development. Scientists duplicated those original cells and caused them to multiply into many new cells over the past several decades. Current fetal cell lines are thousands of generations of duplication removed from the cells extracted from fetal tissue. Fetal cell lines are widely used in cancer research, vaccine development, and drug testing.

- COVID-19 vaccine developers Moderna, Pfizer, and Johnson & Johnson/Janssen used two fetal cell lines in testing or manufacturing their vaccines—HEK-293, a kidney cell line that was isolated from a fetus in 1973 from either a spontaneous miscarriage or an elective abortion, and PER.C6, a retinal cell line that was isolated from an aborted fetus in 1985.

- While fetal cell lines were used to develop or manufacture these COVID-19 vaccines, <u>no aborted fetal cells are in the vaccines themselves.</u>

- Neither the Pfizer nor Moderna vaccines use fetal cell lines in the production of their vaccines. HEK-293, however, was used to test the effectiveness and safety of both vaccines.

- Production of the Johnson & Johnson/Janssen vaccine requires the use of a fetal cell line, specifically PER.C6.

- Newly aborted fetal tissue is not used to generate HEK-293 or PER.C6 cells, to modify these cell lines, or to maintain them in a laboratory. The use of HEK-293 and PER.C6 cell lines <u>does not necessitate or create demand for future abortions</u>.

*Even after reviewing all of the facts above, I swear or affirm that taking <u>any</u> of the COVID-19 vaccines would violate my sincere religious beliefs due to their connection to fetal cell lines in either testing or production.*

Signature: [signature]

J.Bergin
Page 2

Below is a list of some common pharmaceutical products that have been tested using fetal cell line HEK-293 (the same fetal cell line used in the testing of the Moderna and Pfizer COVID-19 vaccines). To completely avoid using products tested with the fetal cell line HEK-293, individuals would have to avoid the use of many medical treatments and products and certain processed food and cosmetics.

Please provide the requested information for each group of products and initial each line. *I understand that by initialing each statement below I swear or affirm that the information I have provided is true to the best of my knowledge.*

| Initial | Name of Pharmaceutical Product Tested on HEK-293 Cell Line (Common Brand Name(s)) | 1. Have you ever used any of the products listed in this group? Yes/No | 2. Have you used any of the products listed in this group within the last two years? Yes/No | 3. Would you use any of the products listed in this group in the future, even if recommended or prescribed by a physician? Yes/No |
|---|---|---|---|---|
| JB | Over-the-counter drugs<br>Acetaminophen (Tylenol); Ibuprofen (Advil, Motrin); Acetylsalicylic Acid (Aspirin); Naproxen (Aleve); Pseudoephedrine (Sudafed, SudoGest, Suphedrine); Diphenhydramine (Benadryl); Loratadine (Claritin); Dextromethorphan (Robitussin, Delsym, Robafen); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Aluminum Hydroxide and Magnesium Hydroxide (Maalox); Docusate (Ex-Lax Stool Softener, Colace); Senna Glycoside (Sennoside, Senna, Ex-Lax, Senokot); Bismuth Subsalicylate (Pepto-Bismol); Phenylephrine (Preparation H, Vazculep, Suphedrine PE); Mepyramine or Pyrilamin; Lidocaine (Lidoderm, Recticare) | please see attached | please see attached | please see attached |
| JB | Prescription drugs<br>Hydroxychloroquine (Plaquenil); Levothyroxine (Synthroid, Tirosint, Levoxyl); Remdesivir (Veklury); Azithromycin (Zithromax); Ivermectin (Stromectol); Cerivastatin (Baycol, Lipobay), Fluvastatin, (Lescol), Pitavastatin, (Livalo), Pravastatin, (Pravachol), or Rosuvastatin (Crestor) | please see attached | please see attached | please see attached |

J. Bergin
Page 3

If you answered "Yes" to question 3 for over-the-counter drugs and/or prescription drugs, please explain how your religious beliefs permit you to take these medications but prohibit the taking of a COVID-19 vaccine.

Please see attached

Multiple other vaccines utilize HEK293, PER.C6, or other fetal cell lines in production and/or testing, including the MMR (measles, mumps, and rubella), shingles, chicken pox, and hepatitis A vaccines. Please initial and answer the following questions below.

*I understand that by initialing each response I am swearing or affirming that the information I have provided is true.*

| Initials | Question | Yes/No |
|---|---|---|
| JB | 4. Have you ever received the MMR (Measles, Mumps, Rubella) vaccine? | please see attached |
| JB | 5. Have you ever received the chicken pox vaccine? | please see attached |
| JB | 6. Have you ever received the shingles vaccine? | please see attached |
| JB | 7. Have you ever received the hepatitis-A vaccine? | please see attached |
| JB | 8. Based upon the information above, would it violate your religious beliefs to now receive the MMR (measles, mumps, and rubella), shingles, chicken pox, hepatitis A, or any other vaccine that is tested on or produced by means of fetal cell lines, including HEK-293? | Please see attached |

If you answered "No" to question 8, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please see attached

Please complete notarization and signature on page 7.

J. Bergin
Page 4

## Section B

You have provided information in a previous statement indicating that your religious faith calls for you to abstain from medicines and vaccines due to concerns regarding the sanctity of your body or its purity. Please answer the below questions to allow us to gain a better understanding of your beliefs.

1. Please list all the medicines, medical treatments and procedures, vaccines, and/or foods that you abstain from due to your religious beliefs:

   Please see attached

2. Please list the date you began to abstain from the above listed medicines and vaccines and/or other medical treatments:

   Please see attached

3. Please provide a detailed explanation as to why your religious faith requires you to abstain from the listed substances in question 1.

   Please see attached

(continue to next page)

J. Bergin
Page 5

4. Have you received an influenza (flu), pneumonia, tetanus, shingles, HPV or any other type of vaccine since turning 18 years of age? If yes, please specify the type of vaccine(s) and when it/they was/were administered.

Please see attached

5. If you listed any vaccines in question 4, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please see attached

Please complete notarization and signature on page 7.

Jessica Bergin
Page 6

November 10, 2021- Religious Exemption Letter

Jessica Bergin

To Whom It May Concern,

God created me in His image and made me a vessel of the Holy Spirit. I cannot take this vaccine as it conflicts with my sincerely held religious beliefs. Upon praying to Jesus, I was directed to His truth and divine wisdom and I would like to exercise my religious freedoms.

My free will and right of conscience as an individual created by God is of the highest importance and the greatest gift. Any undesirable intrusions will defile His design.

This letter is to notify the committee of my sincere religious beliefs regarding this specific demand. My family and I strive to keep our individual medical information private.

I do not put anything into my body that violates my deeply held religious beliefs. I have been educated on my medical/religious decisions by my medical professionals/religious counselors, with the ultimate decision to put anything in my body being solely my own.

I have lived my entire life devoted to Jesus Christ. There is nothing more sincere than the love and presence of God inside of my heart. God alone will have the ultimate say, and I fully trust in Him.

I do not believe I pose a direct threat as I can and will continue to abide by reasonable accommodations. I do not believe that there is a risk of harm that cannot be eradicated by mitigating factors that have already been practiced for an extensive period of time.

I do not believe my notification of sincere religious beliefs proposes a significant undue hardship. Politely, I will never stray from my sincere beliefs because it has been prayed upon between myself and my God.

Thank you,

J. Bergin
Page 7

I acknowledge that false statements intentionally made herein can lead to disciplinary action, up to and including termination of employment, and may be punishable as class A misdemeanor under PL 210.05.

Signature: [signature]

Date: 11-16-21

Print Name: Jessica Bergin

Email: jbergin@nycourts.gov

Phone: (718) 208-3735

Sworn and subscribed before me
This 16 day of November, 2021
[signature]
Notary Public
My commission expires: 04082023

ANGELA M. SPECIALE
Notary Public - State of New York
No. 01SP6390180
Qualified in Richmond County
My Commission Expires: 04/08/2023

**NEW YORK STATE**
# Unified Court System

OFFICE OF COURT ADMINISTRATION

**UCS VACCINATION EXEMPTION COMMITTEE**

12/29/2021

Dear Jessica Bergin,

Your request for a religious exemption to the UCS Vaccination Mandate was considered by the UCS Vaccination Exemption Committee and denied.

Please be advised that you must submit proof of the first dose of your COVID-19 vaccination through the UCS Revised Mask Policy SharePoint site at https://nycourts.sharepoint.com/sites/COVID-19/CPV in 10 calendar days or if the tenth day falls on a weekend or holiday, the following business day. Please submit by close of business on 01/10/2022, and proof of the second dose (if the vaccine is Pfizer or Moderna) within the medically recommended time frame. Until you are fully vaccinated (defined as two weeks after the single Johnson & Johnson vaccination or two weeks after the second Pfizer or Moderna vaccination), you must continue to submit proof of weekly COVID-19 testing through the UCS Employee Web Portal https://portal.nycourts.gov/ucsmtp/.

Signed,

UCS Vaccination Exemption Committee

25 BEAVER STREET, NEW YORK, NEW YORK 10004 • https://portal.nycourts.gov/ExemptionCOVID19Vaccination/

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JESSICA BERGIN,

Plaintiff,

v.

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendant.

**Case No. 22-CV-5264(BMC)**

**DECLARATION OF STEVEN M. WARSHAWSKY WITH ATTACHED EXHIBITS #1-4**

I, STEVEN M. WARSHAWSKY, declare as follows:

1. I am the attorney for Plaintiff in the above-captioned civil action.

2. I submit this declaration to place before the Court true and correct copies of certain materials that Plaintiff offers in support of her opposition to Defendant's motion to dismiss (ECF Docs. 12-14).

3. **Exhibit 1** is a true and correct copy of the second set of answers that Jessica Bergin submitted on or about January 3, 2022, in response to the employer's supplemental questionnaire relating to her religious objections to the COVID-19 vaccination policy (Bergin's email address and telephone number redacted).

4. **Exhibit 2** is a chart, prepared by counsel, based on publicly-available information that was obtained from the amended verified petition in another religious exemption lawsuit against the New York State Unified Court System, an Article 78 proceeding in Albany Supreme Court captioned *Nicole Ventresca-Cohen et al. against Janet*

*M. DiFiore, et al.*, Index No. 901953-22. Exhibit 2 summarizes relevant timeline information for 35 UCS employees, plus Jessica Bergin, who applied for religious exemptions to the COVID-19 vaccination policy.

5. **Exhibit 3** is a true and correct copy of the amended verified petition filed in *Nicole Ventresca-Cohen et al. against Janet M. DiFiore, et al.*, Index No. 901953-22. (Albany Supreme Court). Exhibit 3 is the document from which the information summarized in Exhibit 2 was obtained.

6. **Exhibit 4** contains true and correct copies of two supplemental questionnaire responses that Plaintiff obtained from a fellow UCS employee who is involved in an anti-mandate group. This person represented that these responses were submitted by UCS employees whose exemptions had been approved. The documents were provided to Plaintiff with the employees' names and other personal information redacted.

*I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.*

Dated: November 18, 2022

By: /s/ *Steven M. Warshawsky*

Steven M. Warshawsky
The Warshawsky Law Firm
118 North Bedford Road, Suite 100
Mount Kisco, NY 10549
Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com

**Jessica Bergin v. New York State Unified Court System**
**22-CV-5264(BMC)(EDNY)**

**Plaintiff's Opposition to Defendant's Motion to Dismiss**

# Exhibit 1

**SUPPLEMENTAL AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

## Section A

We understand that you have expressed concerns about the connection between fetal cells and the development of the COVID-19 vaccines. It is critical for everyone to have all relevant information to make fully informed decisions regarding COVID-19 vaccination. Please read and review the information below, which summarizes the current medical and scientific information regarding the COVID-19 vaccines and their development. Please also keep in mind that getting vaccinated is an important step we can take to protect ourselves, our community, our workplace, and our family and friends from severe disease and death from COVID-19.

Please review the following statements of fact on the use of fetal cell lines in the development of COVID-19 vaccines.

- Fetal cell lines are not the same as fetal tissue (tissue obtained from a human embryo or fetus). Fetal cell lines are cells that grow in a laboratory. Historical fetal cell lines were derived in the 1960s and 1970s from two elective abortions. Abortions from which fetal cells were obtained were elective and were not done for the purpose of vaccine development. Scientists duplicated those original cells and caused them to multiply into many new cells over the past several decades. Current fetal cell lines are thousands of generations of duplication removed from the cells extracted from fetal tissue. Fetal cell lines are widely used in cancer research, vaccine development, and drug testing.

- COVID-19 vaccine developers Moderna, Pfizer, and Johnson & Johnson/Janssen used two fetal cell lines in testing or manufacturing their vaccines—HEK-293, a kidney cell line that was isolated from a fetus in 1973 from either a spontaneous miscarriage or an elective abortion, and PER.C6, a retinal cell line that was isolated from an aborted fetus in 1985.

- While fetal cell lines were used to develop or manufacture these COVID-19 vaccines, no aborted fetal cells are in the vaccines themselves.

- Neither the Pfizer nor Moderna vaccines use fetal cell lines in the production of their vaccines. HEK-293, however, was used to test the effectiveness and safety of both vaccines.

- Production of the Johnson & Johnson/Janssen vaccine requires the use of a fetal cell line, specifically PER.C6.

- Newly aborted fetal tissue is not used to generate HEK-293 or PER.C6 cells, to modify these cell lines, or to maintain them in a laboratory. The use of HEK-293 and PER.C6 cell lines does not necessitate or create demand for future abortions.

*Even after reviewing all of the facts above, I swear or affirm that taking any of the COVID-19 vaccines would violate my sincere religious beliefs due to their connection to fetal cell lines in either testing or production.*

Signature: ______________________________

Below is a list of some common pharmaceutical products that have been tested using fetal cell line HEK-293 (the same fetal cell line used in the testing of the Moderna and Pfizer COVID-19 vaccines). To completely avoid using products tested with the fetal cell line HEK-293, individuals would have to avoid the use of many medical treatments and products and certain processed food and cosmetics.

Please provide the requested information for each group of products and initial each line. *I understand that by initialing each statement below I swear or affirm that the information I have provided is true to the best of my knowledge.*

| Initial | Name of Pharmaceutical Product Tested on HEK-293 Cell Line (Common Brand Name(s)) | 1. Have you ever used any of the products listed in this group? Yes/No | 2. Have you used any of the products listed in this group within the last two years? Yes/No | 3. Would you use any of the products listed in this group in the future, even if recommended or prescribed by a physician? Yes/No |
|---|---|---|---|---|
| JB | Over-the-counter drugs<br>Acetaminophen (Tylenol); Ibuprofen (Advil, Motrin); Acetylsalicylic Acid (Aspirin); Naproxen (Aleve); Pseudoephedrine (Sudafed, SudoGest, Suphedrine); Diphenhydramine (Benadryl); Loratadine (Claritin); Dextromethorphan (Robitussin, Delsym, Robafen); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Aluminum Hydroxide and Magnesium Hydroxide (Maalox); Docusate (Ex-Lax Stool Softener, Colace); Senna Glycoside (Sennoside, Senna, Ex-Lax, Senokot); Bismuth Subsalicylate (Pepto-Bismol); Phenylephrine (Preparation H, Vazculep, Suphedrine PE); Mepyramine or Pyrilamin; Lidocaine (Lidoderm, Recticare) | Yes | No | No |
| JB | Prescription drugs<br>Hydroxychloroquine (Plaquenil); Levothyroxine (Synthroid, Tirosint, Levoxyl); Remdesivir (Veklury); Azithromycin (Zithromax); Ivermectin (Stromectol); Cerivastatin (Baycol, Lipobay), Fluvastatin, (Lescol), Pitavastatin, (Livalo), Pravastatin, (Pravachol), or Rosuvastatin (Crestor) | No | No | No |

If you answered "Yes" to question 3 for over-the-counter drugs and/or prescription drugs, please explain how your religious beliefs permit you to take these medications but prohibit the taking of a COVID-19 vaccine.

Multiple other vaccines utilize HEK293, PER.C6, or other fetal cell lines in production and/or testing, including the MMR (measles, mumps, and rubella), shingles, chicken pox, and hepatitis A vaccines. Please initial and answer the following questions below.

*I understand that by initialing each response I am swearing or affirming that the information I have provided is true.*

| Initials | Question | Yes/No |
|---|---|---|
| JB | 4. Have you ever received the MMR (Measles, Mumps, Rubella) vaccine? | Yes |
| JB | 5. Have you ever received the chicken pox vaccine? | No |
| JB | 6. Have you ever received the shingles vaccine? | No |
| JB | 7. Have you ever received the hepatitis-A vaccine? | No |
| JB | 8. Based upon the information above, would it violate your religious beliefs to now receive the MMR (measles, mumps, and rubella), shingles, chicken pox, hepatitis A, or any other vaccine that is tested on or produced by means of fetal cell lines, including HEK-293? | Yes |

If you answered "No" to question 8, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

## Section B

You have provided information in a previous statement indicating that your religious faith calls for you to abstain from medicines and vaccines due to concerns regarding the sanctity of your body or its purity. Please answer the below questions to allow us to gain a better understanding of your beliefs.

1. Please list all the medicines, medical treatments and procedures, vaccines, and/or foods that you abstain from due to your religious beliefs:

I follow an organic plant-based diet utilizing natural herbs, vitamins, minerals and theraputics as these are our means of healing created by God. All medical decisions are made after deep prayer and conversation with God as I am made in His image and my body is a temple of the Holy Spirit. Any undesirable intrusion will defile His design.

2. Please list the date you began to abstain from the above listed medicines and vaccines and/or other medical treatments:

Once I was able to consent to my own medical decisions and obtain full knowledge of my health.

3. Please provide a detailed explanation as to why your religious faith requires you to abstain from the listed substances in question 1.

My sincere faith and deep relationship with God is of the highest importance. My religious beliefs direct me to the truth and wisdom of my creator and I have a moral duty to follow and trust in Him. My beliefs state I must protect and purify the body from sin. I must uphold pure health and wellness as the Holy Spirit has intended. If my body is experiencing ailments, I may pray to the Holy Spirit for guidance and adhere to my religious teachings. Reference Matthew 9:12, Luke 5:31, 1Corinthians 3:17, Proverbs 3:7-8. Reference attached letter from my pastor.

* I do not believe that by abiding by my moral and religious beliefs and liberties, that I pose a direct threat and I will not cause an undue hardship by following reasonable accomodations under Title VII of the Civil Rights Act of 1964.

(continue to next page)

4. Have you received an influenza (flu), pneumonia, tetanus, shingles, HPV or any other type of vaccine since turning 18 years of age? If yes, please specify the type of vaccine(s) and when it/they was/were administered.

No.

5. If you listed any vaccines in question 4, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

I acknowledge that false statements intentionally made herein can lead to disciplinary action, up to and including termination of employment, and may be punishable as class A misdemeanor under PL 210.05.

Signature: [signature]

Date: 1-3-22

Print Name: Jessica Bergin

Email: [redacted]

Phone:

Sworn and subscribed before me
This 3 day of January, 2022

[signature]
Notary Public

My commission expires: 03/02/2023

WING F. YUM STATE OF NEW YORK NOTARY PUBLIC

**Jessica Bergin v. New York State Unified Court System**
**22-CV-5264(BMC)(EDNY)**

**Plaintiff's Opposition to Defendant's Motion to Dismiss**

# Exhibit 2

# EXHIBIT 2: Comparator Evidence: Timeline Information

| Employee Name | Date of Religious Exemption Application | Date of Supplemental Questionnaire Request | Date of Supplemental Questionnaire Response | Decision Date | Date of Termination ("unfit for service") |
|---|---|---|---|---|---|
| Jessica Bergin | 9/26/21 | 11/8/21 | 11/16/21<br>1/3/22 | Denied<br>12/29/21 | 1/10/22 |
| S. Annunziata | 9/24/21 | | 11/24/21 | Denied<br>12/15/21 | |
| A. Asencio | 9/27/21 | | 12/3/21 | Denied<br>1/6/22 | 1/24/22 |
| B. Bailey | 10/18/21 | | 12/1/21 | Granted<br>12/28/21 | |
| K. Boback | 9/24/21 | 11/12/21 | 11/24/21 | Denied<br>12/23/21 | |
| R. Brink | 9/27/21 | 11/22/21 | 12/6/21 | Denied<br>1/14/22 | |
| M. Bunce | 10/18/21 | 11/19/21 | 12/3/21 | Denied<br>1/14/22 | |
| R. Buss | 9/27/21 | 11/12/21 | 11/23/21 | Denied<br>1/7/22 | |
| F. Cheresnowsky | 10/18/21 | 11/18/21 | 12/13/21 | Denied<br>1/3/22 | |
| Z. Church | 10/21/21 | 12/28/21 | 1/3/22 | Granted<br>1/26/22 | |
| D. Cichon | 9/27/21 | | 12/1/21 | Denied<br>1/3/22 | 1/13/22 |
| S. Colon | 10/18/21 | 11/19/21 | 12/2/21 | Denied<br>1/6/22 | |
| M. Coons | 9/27/21 | 11/17/21 | 12/1/21 | Denied<br>1/7/22 | |
| J. Dantes | 11/5/21 | 11/22/21 | 12/6/21 | Denied<br>1/6/22 | |
| D. Davidson | 10/18/21 | | 12/6/21 | Denied<br>1/6/22 | |
| H. Dulaney | 9/24/21 | 11/8/21 | 11/22/21 | Denied<br>1/7/22 | |
| J. Fiet | 9/23/21 | | 12/3/21 | Granted<br>1/19/22 | |
| J. Fleming | 9/27/21 | 11/17/21 | 12/1/21 | Denied<br>1/7/22 | 1/19/22 |
| J. Giesser | 10/18/21 | | 12/3/21 | Granted<br>12/29/21 | |
| P. Hall | 9/17/21 | 11/4/21 | 11/16/21 | Denied<br>12/29/21 | 1/11/22 |
| J. Hawley | 9/27/21 | 11/9/21 | 11/22/21 | Denied<br>12/9/21 | |
| E. Herrera | 10/18/21 | 11/19/21 | 12/3/21 | Denied<br>12/23/21 | 1/3/22 |
| W. Ingraham | 9/23/21 | | 11/15/21 | Denied<br>2/9/22 | |
| J. Leddo | 10/18/21 | 11/19/21 | 12/9/21 | Granted<br>12/27/21 | |

| | | | | | |
|---|---|---|---|---|---|
| M. McCormick | 9/22/21 | 11/4/21 | 11/17/21 | Denied 12/23/21 | |
| E. Mercuri | 9/27/21 | | 11/17/21 | Denied 12/23/21 | |
| V. O'Donnell | 9/21/21 | 11/18/21 | 12/2/21 | Denied 1/6/22 | |
| V. Ososkalo | 9/24/21 | | 11/22/21 | Denied 12/23/21 | 1/3/22 |
| J. Pashoukos | 9/23/21 | 11/15/21 | 11/24/21 | Denied 1/7/22 | |
| S. Pieper | 10/31/21 | | 12/6/21 | Granted 12/28/21 | |
| N. Platt | 9/27/21 | | | Denied 1/7/22 | 1/18/22 |
| M. Pratt | 10/29/21 12/6/21 | | | Denied 11/22/21 | 12/7/21 |
| J. Rahm | 10/18/21 | 11/22/21 | 12/6/21 | Denied 1/6/22 | |
| A. Sullivan | 9/21/21 | | 11/17/21 | Denied 12/15/21 | |
| N. Ventresca-Cohen | 10/25/21 | 12/2/21 | 12/14/21 | Denied 1/6/22 | |
| B. Wilson | 10/18/21 | 11/22/21 | 12/6/21 | Denied 1/6/22 | |