**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: August 26, 2025
Docket #: 25-721
Short Title: Bergin v. New York State Unified Court System

DC Docket #: 1:22-cv-5264
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Brian M. Cogan

**NOTICE OF DEFECTIVE FILING**

On August 25, 2025 the Brief, on behalf of the Appellant New York State Unified Court System, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_______ Improper proof of service *(FRAP 25)*
    _______ Missing proof of service
    _______ Served to an incorrect address
    _______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_______ Failure to submit document in digital format *(Local Rule 25.1)*
_______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
**_XX__ Failure to file special appendix *(Local Rule 32.1),* see "*Other*" on next page**
_______ Defective cover *(FRAP 32)*
    _______ Incorrect caption *(FRAP 32)*
    _______ Wrong color cover *(FRAP 32)*
    _______ Docket number font too small *(Local Rule 32.1)*
_______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_______ Incorrect font *(FRAP 32)*
_______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_______ Untimely filing
_______ Incorrect Filing Event

**_XX__Other: Missing a Special Appendix. Pursuant to LR 32.1, a Special Appendix must be filed when the appendix exceeds 300 pages. Please correct by doing either one of the following options below:**

**1). Attach a Special Appendix at the end of your Brief and amend the cover to reflect it as a "Brief & Special Appendix". Refile it under filing type "*Appellant-Petitioner Brief-Special Appendix FILED*"**

***or***

**2). File a separate Special Appendix and file it under filing type "*Special Appendix FILED*".**

**Please refer to LR 32.1 for more information regarding the Special Appendix. Please be advised that 6 hard copies of your brief and appendices are required. If hard copies of your brief were already sent to the Court and you choose to submit a combined Brief & Special Appendix, please send 6 corrected covers only.**

**Please DO NOT use the "Corrected Brief" filing type.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than August 28, 2025. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.