Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com

August 26, 2025

**VIA ELECTRONIC CASE FILING**
Clerk of Court
U.S. Court of Appeals, 2nd Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Bergin v. New York State Unified Court System*
Appeal No. 25-721

To the Clerk:

I represent Plaintiff-Appellee Jessica Bergin in the above-referenced appeal.

In accordance with Local Rule 31.2(a)(1)(B), I am requesting a filing deadline for Appellee's opposition brief of **October 31, 2025**, which is 67 days after Defendant-Appellant's brief was filed on August 25, 2025.

Respectfully submitted,

/s/ *Steven M. Warshawsky*

Steven M. Warshawsky