**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: July 15, 2026
Docket #: 25-721
Short Title: Bergin v. New York State Unified Court System

DC Docket #: 1:22-cv-5264
DC Court: EDNY (BROOKLYN)
DC Judge: Brian M. Cogan

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.