**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Wednesday, July 15, 2026 10:06 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:22-cv-05264-BMC Bergin v. New York State Unified Court System USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 7/15/2026 at 10:06 AM EDT and filed on 7/15/2026
**Case Name:** Bergin v. New York State Unified Court System
**Case Number:** 1:22-cv-05264-BMC
**Filer:**
**WARNING: CASE CLOSED on 03/10/2025**
**Document Number:** 47

**Docket Text:**
**ORDER of USCA as to [45] Notice of Appeal filed by New York State Unified Court System. Because the district court entered partial summary judgment for Bergin without determining whether she met this standard, we VACATE the Judgment and REMAND for further proceedings consistent with this opinion. Certified Copy Issued: 7/15/2026. USCA# 25-721. (VJ)**

**1:22-cv-05264-BMC Notice has been electronically mailed to:**

Steven M Warshawsky smw@warshawskylawfirm.com

Michael John Siudzinski msiudzin@nycourts.gov, KKashtan@nycourts.gov

Robyn Leigh Rothman RRothman@law.nyc.gov

**1:22-cv-05264-BMC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/15/2026] [FileNumber=21278857-0]
[1d81e639c30683a1612cc4c9e44d4008d6424543454d810b1df86926453c98a0ce68
9e56be06ed470add60b3010ca83b4265b39b69b8c69daa45d19c115a3f36]]