**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-721

Caption [use short title]

Bergin v. N.Y. State Unified Court System

**Motion for:** Extension of time to file petition for panel/en banc rehearing.

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellee requests a three-week extension of time, from July 29, 2026, to and including August 19, 2026, to file her combined petition for panel rehearing and rehearing en banc of the Court's decision issued July 15, 2026, vacating the decision below and remanding for further proceedings consistent with the opinion.

**MOVING PARTY:** Jessica Bergin

**OPPOSING PARTY:** N.Y. State Unified Court System

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** Steven M. Warshawsky

**OPPOSING ATTORNEY:** Michael J. Siudzinski

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
| --- | --- |
| Warshawsky Law Firm | N.Y. State Office of Court Administration |
| 118 North Bedford Road, Ste 100, Mt. Kisco, NY 10549 | 25 Beaver Street, 10th Fl, New York, NY 10004 |
| (914) 864-3353; smw@warshawskylawfirm.com | (212) 428-2150; msiudzin@nycourts.gov |

Court- Judge/ Agency appealed from: EDNY (Cogan)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ *Steven M. Warshawsky* **Date:** 7/18/2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| Jessica Bergin,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>New York State Unified Court System,<br><br>Defendant-Appellant. | **Docket No. 25-721** |

**ATTORNEY DECLARATION IN SUPPORT OF PLAINTIFF-APPELLEE'S MOTION FOR MORE TIME**

I, Steven M. Warshawsky, declare as follows:

1. I represent Plaintiff-Appellee Jessica Bergin.

2. On July 15, 2026, the Court issued its opinion in this appeal vacating the district court's decision below and remanding for further proceedings consistent with the opinion, which establishes a new prima facie test for religious accommodation claims under Title VII.

3. I am submitting this declaration in support of Plaintiff-Appellee's motion for a three-week extension of time to file her petition for panel and en banc rehearing, from July 29, 2026, to and including August 19, 2026.

4. I am requesting this extension, first and foremost, due to the press of other court commitments that I have over the next several weeks, including a substantive court conference in the SDNY on Monday, July 20, an appeal brief due in the New York First Department on Wednesday, July 22, and a mediation in the SDNY on Thursday, July 23. In addition, I have a motion in limine due in the EDNY on July 30, a state court pretrial conference on August 5, a federal court status conference on August 12, and pretrial filings due in the SDNY on August 17.

5. Given the significance of the Court's ruling in this appeal and the complexity of the legal issues involved, I require more time to research and prepare a proper petition for panel and en banc rehearing.

6. The Court's consideration of this request is most appreciated.

Dated: July 18, 2026

Respectfully submitted,

/s/ Steven M. Warshawsky

STEVEN M. WARSHAWSKY
The Warshawsky Law Firm
*Attorney for Plaintiff-Appellee*