# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-six.

Before: Alison J. Nathan,
*Circuit Judge.*

---

Jessica Bergin,

Plaintiff - Appellee,

v.

New York State Unified Court System,

Defendant - Appellant.

---

**ORDER**

Docket No. 25-721

Appellee moves for an extension of time, to and including August 19, 2026, to file a petition for rehearing and rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court