# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bergin v. New York State Unified Court System ____ Docket No.: 25-721 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chelsea C. Sharon

Firm: Equal Employment Opportunity Commission, Office of General Counsel

Address: 131 M St. NE, Fifth Floor

Telephone: 202-921-2889 ________________________ Fax: 202-419-0740

E-mail: chelsea.sharon@eeoc.gov

**Appearance for:** Equal Employment Opportunity Commission
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ ______________________)
(name/firm)

☐ Additional counsel (co-counsel with: ______________________________)
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellee Jessica Bergin)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ______________________________ OR

☐ I applied for admission on ______________________________.

Signature of Counsel: /s Chelsea C. Sharon

Type or Print Name: Chelsea C. Sharon