# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-six.

---

Jessica Bergin,

Plaintiff - Appellee,

v.

New York State Unified Court System,

Defendant - Appellant.

---

**ORDER**

Docket No: 25-721

Appellee, Jessica Bergin, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc.*

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk

Catherine O'Hagan Wolfe

UNITED STATES COURT OF APPEALS SECOND CIRCUIT