| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Yenni Liu |
| **Subject:** | 25-721-cv / Bergin v. New York State Unified Court System USCA Order |
| **Date:** | Tuesday, September 15, 2026 11:51:03 AM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, September 15, 2026 9:46 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:22-cv-05264-BMC Bergin v. New York State Unified Court System USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/15/2026 at 9:45 AM EDT and filed on 9/15/2026

**Case Name:** Bergin v. New York State Unified Court System
**Case Number:** 1:22-cv-05264-BMC
**Filer:**
**WARNING: CASE CLOSED on 03/10/2025**
**Document Number:** 48

**Docket Text:**
**ORDER of USCA as to [45] Notice of Appeal filed by New York State Unified Court System. Because we agree that Abercrombie abrogated our earlier Title VII precedents, and because the District Court improperly deemed statements in the discovery record to be judicial admissions, we VACATE the District Courts Judgment and REMAND for further proceedings consistent with this**

**opinion. Certified Copy Issued: 9/15/2026. USCA# 25-721. (VJ)**

**1:22-cv-05264-BMC Notice has been electronically mailed to:**

Steven M Warshawsky smw@warshawskylawfirm.com

Michael John Siudzinski msiudzin@nycourts.gov, KKashtan@nycourts.gov

Robyn Leigh Rothman RRothman@law.nyc.gov

**1:22-cv-05264-BMC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/15/2026] [FileNumber=21462779-0]
[5609df98ad9ed88a7456d9c65314cfe5710121c3aa2bafe6f3a63b5b8ceee696e7f6
3e97c106e0c76d7af302b543536d3c966a2ec9261be236de8dffc4c5a0d6]]