**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-721

Caption [use short title]: Bergin v. N.Y. State Unified Court System

**Motion for:** Extension of time to file petition for panel/en banc rehearing.

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellee requests a 10-day extension of time, from September 29, 2026, to and including October 9, 2026, to file her petition for rehearing in response to the Court's amended opinion issued September 15, 2026.

**MOVING PARTY:** Jessica Bergin

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☒ Appellee/Respondent

**OPPOSING PARTY:** N.Y. State Unified Court System

**MOVING ATTORNEY:** Rebekah Ricketts

**OPPOSING ATTORNEY:** Michael J. Siudzinski

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| The Becket Fund for Religious Liberty | N.Y. State Office of Court Administration |
| 1919 Pennsylvania Ave. NW, Suite 400, Washington, DC 20006 | 25 Beaver Street, 10th Fl, New York, NY 10004 |
| Ph: (202) 955-0095; rricketts@becketfund.org | Ph: (212) 428-2150; msiudzin@nycourts.gov |

Court- Judge/ Agency appealed from: E.D.N.Y. - Judge Cogan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

/s/ Rebekah Ricketts **Date:** 9/23/2026 Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

JESSICA BERGIN,

*Plaintiff-Appellee*,

v.

NEW YORK STATE UNIFIED COURT SYSTEM,

*Defendant-Appellant*.

No. 25-721

**UNOPPOSED MOTION OF PLAINTIFF-APPELLEE FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and this Court's Rule 27.1, Plaintiff-Appellee Jessica Bergin respectfully moves to extend the time for filing her petition for rehearing by 10 days, from the current due date of September 29, 2026, to and including October 9, 2026. Defendant-Appellant does not oppose this motion.

1. On September 15, 2026, the Court issued an amended decision in this appeal vacating the district court's decision and adopting a new legal standard for stating a prima facie case of failure to accommodate religious belief or practice under Title VII.

2. Under Federal Rule of Appellate Procedure 40(d)(1), a petition for rehearing is due "within 14 days after the amended decision is entered." *See also* 2d Cir. R. 40.1(e) (rehearing petition or amended petition may be filed "[i]f the court substantively amends its opinion … counted from

the date of filing of the amended opinion or order"). Thus, a rehearing petition or amended petition is currently due on September 29, 2026.

3. Undersigned counsel was retained yesterday, September 22, 2026, to represent Ms. Bergin in filing a rehearing petition. The requested 10-day extension is necessary to allow newly retained counsel to become familiar with the record and proceedings thus far and to research the significant and complex legal issues involved. Given the significance of the Court's ruling in this appeal and the need to address how that ruling conflicts with decisions of several other circuits, newly retained counsel requires additional time to review the relevant caselaw and prepare a carefully presented rehearing petition.

4. Counsel for Ms. Bergin has conferred with opposing counsel, who does not oppose the requested relief or intend to file a response to this motion.

5. For the foregoing reasons, Ms. Bergin respectfully requests an extension of time to file her petition for rehearing to October 9, 2026.

Dated: September 23, 2026

Respectfully submitted,

/s/ *Rebekah Ricketts*

Rebekah Ricketts
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
(202) 955-0095
rricketts@becketfund.org

*Attorney for Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE

This document complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it has 322 words.

This document complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

/s/ *Rebekah Ricketts*
Rebekah Ricketts

## CERTIFICATE OF SERVICE

I hereby certify that an electronic copy of the foregoing was filed with the Clerk of Court using the ACMS system on September 23, 2026, and thereby served upon all counsel appearing in this case.

/s/ *Rebekah Ricketts*
Rebekah Ricketts