# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bergin v. United States Unified Court System Docket No.: 25-721

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Luke W. Goodrich

Firm: The Becket Fund for Religious Liberty

Address: 1919 Pennsylvania Ave. N.W. Suite 400, Washington, D.C. 20006

Telephone: 202-955-0095 Fax:

E-mail: lgoodrich@becketfund.org

**Appearance for:** Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ________________________)
(name/firm)

☑ Additional counsel (co-counsel with: Steven M. Warshwsky/The Warshwsky Law Firm)
(name/firm)

☐ Amicus (in support of: ________________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/23/2026 OR

☐ I applied for admission on ________________________.

Signature of Counsel: /s/ Luke W. Goodrich

Type or Print Name: Luke W. Goodrich