# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bergin v. New York State Unified Court System Docket No.: 25-721

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Leo T. O'Malley

Firm: The Becket Fund for Religious Liberty

Address: 1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006

Telephone: 202-955-0095 Fax:

E-mail: lomalley@becketfund.org

**Appearance for:** Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Steven M. Warshawsky/The Warshawsky Law Firm)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/23/2026 OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Leo T. O'Malley

Type or Print Name: Leo T. O'Malley