## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Bergin v. NY State Unified Court System Docket No.: 25-721

Lead Counsel of Record (name/firm) or Pro se Party (name): John C. Sullivan

Appearance for (party/designation): Amici Curiae Christian Legal Society, Jewish Coalition for Religious Liberty

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
( ) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: John C. Sullivan
Firm: S|L Law PLLC
Address: 610 Uptown Blvd., Ste. 2000, Cedar Hill, TX 75104
Telephone: 469.523.1351 Fax: 469.613.0891
Email: john.sullivan@the-sl-lawfirm.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: ______

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 12/12/2024 OR that ( ) I applied for admission on ______ or renewal on ______. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ John C. Sullivan
Type or Print Name: John C. Sullivan
OR
Signature of pro se litigant: ______
Type or Print Name: ______
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.