NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bergin v. New York State Unified Court System ____ Docket No.: 25-721 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rachel N. Morrison

Firm: Ethics and Public Policy Center

Address: 1730 M Street, N.W., Suite 910, Washington, DC 20036

Telephone: (202) 682-1200 ________________________ Fax: (202) 408-0632

E-mail: Rmorrison@eppc.org

**Appearance for:** Former EEOC General Counsel and Religious Nondiscrimination Expert
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________________)
(name/firm)

☐ Additional counsel (co-counsel with: ______________________________)
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellee)
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ______________________________ OR

☐ I applied for admission on ______________________________.

Signature of Counsel: /s Rachel N. Morrison

Type or Print Name: Rachel N. Morrison