UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-721

Caption [use short title]

Bergin v. N.Y. State Unified Court System

**Motion for:** Leave to file brief of Amici Curiae in support of Plaintiff-Appellee's petition for rehearing en banc

Set forth below precise, complete statement of relief sought:

Proposed Amici Curiae Former EEOC General Counsel, Sharon Fast Gustafson, and Religious Nondiscrimination Expert, Rachel N. Morrison, request leave under Fed. R. App. P. 29(b) to file the attached brief in support of Plaintiff-Appellee's petition for rehearing en banc.

Plaintiff-Appellee consents. Defendant-Appellant takes no position.

**MOVING PARTY:** Amici Former EEOC General Counsel and Nondiscrimination Expert

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** New York State Unified Court System

**MOVING ATTORNEY:** Rachel N. Morrison

**OPPOSING ATTORNEY:** Michael J. Siudzinski

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Ethics & Public Policy Center | N.Y. State Office of Court Administration |
| 1730 M Street, N.W., Suite 910 | 25 Beaver St. 10 Fl |
| Washington, DC 20036, (202) 682-1200, rmorrison@eppc.org | New York, NY 10004, (212) 428-2185, msiudzin@nycourts.gov |

Court-Judge/Agency appealed from: U.S. District Court for the Eastern District of New York (Cogan, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): ____________

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: ____________

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date: ____________

**Signature of Moving Attorney:**
s/ Rachel N. Morrison **Date:** 10/16/2026 Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

# No. 25-721

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

JESSICA BERGIN,
PLAINTIFF-APPELLEE,
V.
NEW YORK STATE UNIFIED COURT SYSTEM,
DEFENDANT-APPELLANT.

On Appeal from the United States District Court
for the Eastern District of New York
Case No. 22-CV-5264

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EEOC GENERAL COUNSEL AND RELIGIOUS NONDISCRIMINATION EXPERT IN SUPPORT OF PLAINTIFF-APPELLEE'S PETITION FOR REHEARING EN BANC

RACHEL N. MORRISON
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
Suite 910
Washington, DC 20036
(202) 682-1200
rmorrison@eppc.org

*Counsel for* Amici Curiae

October 16, 2026

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EEOC GENERAL COUNSEL AND RELIGIOUS NONDISCRIMINATION EXPERT IN SUPPORT OF PLAINTIFF-APPELLEE'S PETITION FOR REHEARING EN BANC

Pursuant to Federal Rules of Appellate Procedure 27 and 29(b), proposed *Amici Curiae* former General Counsel for the Equal Employment Opportunity Commission (EEOC), Sharon Fast Gustafson, and religious nondiscrimination expert, Rachel N. Morrison, respectfully move for leave to file the attached brief in support of Plaintiff-Appellee's petition for rehearing en banc. Because the Court is considering whether to grant rehearing, a non-governmental amicus may file only by leave of court. Fed. R. App. P. 29(b)(1)–(2).

In support of this motion, *Amici Curiae* state as follows:

1. *Amici* have important expertise relevant to the issues in this case. Sharon Fast Gustafson, former EEOC General Counsel, and Rachel N. Morrison, former attorney advisor to General Counsel Gustafson, are experts in religion-related employment discrimination. *Amici* are thus well-positioned to help the Court better understand the issues at stake in this case.
2. The proposed brief will assist the Court in deciding whether to grant rehearing en banc. *See* Fed. R. App. P. 29(a)(3)(B),

40(b)(2). The panel held that *EEOC* v. *Abercrombie & Fitch Stores, Inc.*, 575 U.S. 768 (2015), abrogated the prima facie standard this Court has applied to religious accommodation claims since *Philbrook* v. *Ansonia Board of Education*, 757 F.2d 476 (2d Cir. 1985). In its place, the panel adopted a test requiring a plaintiff to show that the employer's desire to avoid the accommodation was a motivating factor in the adverse decision. Op. 11, 13. Drawing on *Amici's* experience at the EEOC and their expertise in Title VII religious discrimination and accommodation law, the brief explains that the panel's anti-accommodation motive requirement conflicts with *Abercrombie*, which rejected a knowledge requirement rather than adding a motive requirement. It also conflicts with Title VII's text, which requires an employer to reasonably accommodate religious beliefs absent undue hardship. *See* 42 U.S.C. 2000e(j). The brief further explains that, under EEOC guidance, an employer may test the sincerity of a religious belief only through a "limited factual inquiry" when it "has an objective basis" for doing so, which is at odds with Defendant-Appellant's expansive,

intrusive, and unnecessary inquiry into Plaintiff-Appellee's medical and dietary history. This case is exceptionally important because the panel's holding displaces four decades of circuit precedent governing every Title VII failure to accommodate claim in this Circuit and its holding will undercut Title VII's religious accommodation protections.

3. The proposed brief is timely filed within seven days after the petition was filed on October 9, 2026. Fed. R. App. P. 29(b)(5).
4. Plaintiff-Appellee consents to the filing of the proposed brief.
5. Before filing this motion, counsel for *Amici Curiae* asked counsel for Defendant-Appellant whether it would consent. Defendant-Appellant stated that it took no position on this motion.

For these reasons, *Amici Curiae* respectfully ask that this Court grant them leave to file the attached brief in support of Plaintiff-Appellee's petition for rehearing en banc.

Respectfully submitted,

s/ Rachel N. Morrison
RACHEL N. MORRISON
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
Suite 910
Washington, DC 20036
(202) 682-1200
rmorrison@eppc.org

October 16, 2026

*Counsel for* Amici Curiae

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 2,599 words.

This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Mac Version 16.113.4 in 14-point Century Schoolbook.

Dated: October 16, 2026

s/ Rachel N. Morrison
Rachel N. Morrison
*Counsel for* Amici Curiae

## CERTIFICATE OF FILING AND SERVICE

I certify that on October 16, 2026, I electronically filed this motion, with the proposed brief attached, with the Clerk of the Court for the United States Court of Appeals for the Second Circuit through the Court's electronic filing system, which will send notice to all registered counsel of record.

Dated: October 16, 2026

s/ Rachel N. Morrison
Rachel N. Morrison
*Counsel for* Amici Curiae