# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of November, two thousand twenty-six.

Before: Reena Raggi,
Alison J. Nathan,
*Circuit Judges*,
Jesse M. Furman,
*District Judge.* *

---

Jessica Bergin,

Plaintiff - Appellee,

v.

New York State Unified Court System,

Defendant - Appellant.

---

**ORDER**

Docket No. 25-721

Appellee moves to stay the issuance of the Court's mandate.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

---

* Judge Jesse M. Furman, of the United States District Court for the Southern District of New York, sitting by designation.