MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-six.

Before: Reena Raggi,
Alison J. Nathan,
*Circuit Judges*,
Jesse M. Furman,
*District Judge.**

---

Jessica Bergin,

Plaintiff - Appellee,

v.

New York State Unified Court System,

Defendant - Appellant.

---

**AMENDED JUDGMENT**

Docket No. 25-721

The appeal in the above captioned case from an order and judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

* Judge Jesse M. Furman, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 11/23/2026